UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　Plaintiff/Counter Defendants,<br><br>　　　　　　v.<br><br>DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>　　　Defendants/Counterclaimants. | Civil Action No.: 1:16-cv-308-TWP-DKL |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY CHARLES A. WEISS

　　　Stephen E. Arthur of the law firm Harrison & Moberly, LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Charles A. Weiss of Holland & Knight, LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

　　　1.　　The Certification of Charles A. Weiss, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

　　　2.　　Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

　　　WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Charles A. Weiss leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 19, 2017

                      HARRISON & MOBERLY, LLP

                      */s/ Stephen E. Arthur*
                      Stephen E. Arthur, Atty. No. 4055-49
                      HARRISON & MOBERLY, LLP
                      10 West Market Street, Suite 700
                      Indianapolis, Indiana 46204
                      Telephone:    (317) 639-4511
                      Facsimile:    (317) 639-9565
                      sarthur@harrisonmoberly.com


## **CERTIFICATE OF SERVICE**

     I hereby certified that on the 19th day of January, 2017, a copy of the foregoing *Motion to Appear Pro Hac Vice* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                      */s/ Stephen E. Arthur*