# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff/Counterclaim Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants/Counterclaimants. | Civil Action No.: 1:16-cv-308-TWP-DKL |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME OF DISCOVERY AND RELATED DEADLINES

Upon consideration of the Joint Motion for Extension of Time of Discovery and Related Deadlines filed by Plaintiff Eli Lilly and Company ("Lilly") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), being duly advised, it is hereby ORDERED that the Joint Motion for Extension of Time of Discovery and Related Deadlines is GRANTED, and it is FURTHER ORDERED that certain deadlines in this Court's Order of January 10, 2017, ECF No. 60, are extended as outlined in the chart below:

| Event | Current Deadline (ECF No. 60) | New Deadline |
|---|---|---|
| Opening expert report(s) | March 7, 2017 | March 21, 2017 |
| Responding expert report(s) | April 4, 2017 | April 18, 2017 |
| Reply expert report(s) | April 28, 2017 | May 12, 2017 |
| Liability discovery deadline | June 6, 2017 | June 20, 2017 |
| Statement of claims or defenses | June 21, 2017 | July 7, 2017 |

Date: 3/6/2017

| Event | Current Deadline (ECF No. 60) | New Deadline |
|---|---|---|
| Opening summary judgment brief due | July 7, 2017 | July 14, 2017[1] |

Date: 3/6/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

To all ECF-registered counsel of record via the Court's ECF system.

---

[1] In light of the requirement in the Case Management Plan for a single set of up to four summary judgment briefs, to begin with plaintiff's opening brief (*see* ECF No. 45 at 7), Lilly will inform DRL on or before June 30, 2017 if it intends to file a dispositive motion. If it does not do so, July 14, 2017 shall be the due date for DRL's opening summary judgment brief, if any.