UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,             ) | |
| ) | |
| Plaintiff,     ) | |
| v.                                               ) | Civil Action No. 1:16-cv-308-TWP-DKL |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. and  ) | |
| DR. REDDY'S LABORATORIES, INC.,    ) | |
| ) | |
| Defendants.  ) | |

**MOTION TO ADMIT GALINA I. FOMENKOVA PRO HAC VICE**

Anne N. DePrez of the law firm Barnes & Thornburg LLP, pursuant to S.D. Ind. Local Rule 83-6(a), moves this Court for an Order granting Galina I. Fomenkova of the law firm Williams & Connolly LLP, leave to appear *pro hac vice* as counsel for plaintiff Eli Lilly and Company.  In support of this motion, the undersigned states:

1. The Certification of Galina I. Fomenkova required by S.D. Ind. Local Rule 83-6(b) is attached as **Exhibit A**.

2. Electronic payment of $100.00 for the administrative fee to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Galina I. Fomenkova leave to appear *pro hac vice* as counsel for plaintiff Eli Lilly and Company.

/s/  Anne N. DePrez
Anne N. DePrez, No. 4728-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Telephone:  (317) 231-7264
Email:  adeprez@btlaw.com

*Attorneys for Plaintiff,*
Eli Lilly and Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 10th day of March, 2017.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

/s/ Anne N. DePrez

DMS 4814277v1

2