UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00308-TWP-DKL |
| ) | |
| DR. REDDY'S LABORATORIES, LTD., ) | |
| DR. REDDY'S LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**APRIL 7, 2017**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Parties discussed Dr. Reddy's request for expediting briefing and determination of its *Motion to Strike* [Dkt. 74]. After discussion, the Court DENIED the request for expedited briefing. Therefore, Plaintiff's response is due on or before April 14, 2017. Defendants opted to file an expedited Reply by April 19, 2017. Defendant orally requested the Court extend their deadline to file their expert report. Plaintiff did not object to this extension so Defendants shall have through and including April 25, 2017 to file their expert report. The conference concluded without further order.

Date: 4/7/2017

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP
(Indianapolis)
adeprez@btlaw.com

Jan M. Carroll
BARNES & THORNBURG LLP
(Indianapolis)
jan.carroll@btlaw.com

Nicholas A. Geiger
CANTOR COLBURN LLP
ngeiger@cantorcolburn.com

Steven M. Coyle
CANTOR COLBURN LLP
scoyle@cantorcolburn.com

Tara C. Stuart
CANTOR COLBURN LLP
tstuart@cantorcolburn.com

Jeffery B. Arnold
CANTOR COLBURN, LLP
jarnold@cantorcolburn.com

Rory O'Bryan
HARRISON & MOBERLY
(Indianapolis)
robryan@harrisonmoberly.com

Stephen E. Arthur
HARRISON & MOBERLY
(Indianapolis)
sarthur@harrisonmoberly.com

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019

Merri C Moken
HOLLAND & KNIGHT LLP
merri.moken@hklaw.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Alec T. Swafford
WILLIAMS & CONNOLLY LLP
aswafford@wc.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

Christopher T Berg
WILLIAMS & CONNOLLY LLP
cberg@wc.com

Galina I. Fomenkova
WILLIAMS & CONNOLLY LLP
gfomenkova@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com