FDA Proposed Label March 15, 2016

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use PEMETREXED safely and effectively. See full prescribing information for PEMETREXED.**

**PEMETREXED for injection, for intravenous use**
**Initial U.S. Approval: 2004**

-------------------------**INDICATIONS AND USAGE**-------------------------
Pemetrexed is a folate analog metabolic inhibitor indicated for:
- Locally advanced or metastatic nonsquamous non-small cell lung cancer (NSCLC) as:
  - Initial treatment in combination with cisplatin. (1.1)
  - Maintenance treatment of patients whose disease has not progressed after four cycles of platinum-based first-line chemotherapy. (1.2)
  - After prior chemotherapy as a single-agent. (1.3)
- Mesothelioma: in combination with cisplatin. (1.4)

Limitations of Use:
- Pemetrexed is not indicated for the treatment of patients with squamous NSCLC. (1.5)

-------------------------**DOSAGE AND ADMINISTRATION**-------------------------
- Combination use in NSCLC and mesothelioma: Recommended dose of pemetrexed is 500 $mg/m^2$ as an intravenous infusion. on Day 1 of each 21-day cycle in combination with cisplatin 75 $mg/m^2$ intravenous infusion beginning 30 minutes after pemetrexed administration. (2.1)
- Single-Agent use in NSCLC: Recommended dose of pemetrexed is 500 $mg/m^2$ intravenous infusion on Day 1 of each 21-day cycle. (2.2)
- Prior to initiating pemetrexed, initiate supplementation with oral folic acid and intramuscular vitamin $B_{12}$. Continue folic acid and vitamin $B_{12}$ supplementation throughout treatment. Administer corticosteroids the day before, the day of, and the day after pemetrexed administration. (2.3)

-------------------------**DOSAGE FORMS AND STRENGTHS**-------------------------
For injection:  100 mg and 500 lyophilized powder in single-dose vials for reconstitution (3)

-------------------------**CONTRAINDICATIONS**-------------------------
History of severe hypersensitivity reaction to pemetrexed. (4)

-------------------------**WARNINGS AND PRECAUTIONS**-------------------------
- Premedication regimen: Prior to treatment with pemetrexed, initiate supplementation with oral folic acid and intramuscular vitamin $B_{12}$ to reduce the severity of hematologic and gastrointestinal toxicity of pemetrexed. (5.1)
- Bone marrow suppression: Reduce doses for subsequent cycles based on hematologic and nonhematologic toxicities. (5.2)
- Renal function: Do not administer when $Cr_{Cl} <$45 mL/min. (2.4, 5.3)
- NSAIDs with renal insufficiency: Use caution in patients with mild to moderate renal insufficiency ($Cr_{Cl}$ 45 to79 mL/min). (5.4)
- Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women should be advised to use effective contraception measures to prevent pregnancy during treatment with pemetrexed. (5.6)

-------------------------**ADVERSE REACTIONS**-------------------------
The most common adverse reactions (incidence ≥20%) with single-agent use are fatigue, nausea, and anorexia. Additional common adverse reactions when used in combination with cisplatin include vomiting, neutropenia, leukopenia, anemia, stomatitis/pharyngitis, thrombocytopenia, and constipation. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Dr. REDDY'S LABORATORIES Inc., at 1-888-375-3784 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-------------------------**DRUG INTERACTIONS**-------------------------
- Nonsteroidal anti-inflammatory drugs (NSAIDs): Use caution with NSAIDs. (7.1)
- Nephrotoxic drugs: Concomitant use of these drugs and/or substances which are tubularly secreted may result in delayed clearance. (7.2)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: XX/2016**

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1 INDICATIONS AND USAGE**
  1.1 Nonsquamous NSCLC   Combination with Cisplatin
  1.2 Nonsquamous NSCLC –   Maintenance
  1.3 Nonsquamous NSCLC – After Prior Chemotherapy
  1.4 Mesothelioma
  1.5 Limitations of Use
**2 DOSAGE AND ADMINISTRATION**
  2.1 Nonsquamous NSCLC
  2.2 Malignant Pleural Mesothelioma
  2.3 Premedication Regimen and Concurrent Medications
  2.4 Dose Modifications
  2.5 Preparation for Intravenous Infusion Administration
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1 Requirement for Vitamin Supplementation to Reduce Toxicity
  5.2 Myelosuppression
  5.3 Dosing in Patients with Renal Impairment
  5.4 Use with Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) with Mild to Moderate Renal Insufficiency
  5.5 Embryo-Fetal Toxicity
**6 ADVERSE REACTIONS**
  6.1 Clinical Trials Experience
  6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
  7.1 Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)
  7.2 Nephrotoxic Drugs
**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.2 Lactation
  8.3 Females and Males of Reproductive Potential
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Renal Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
  14.1 NSCLC – Combination with Cisplatin
  14.2 NSCLC – Maintenance
  14.3 NSCLC – After Prior Chemotherapy
  14.4 Malignant Pleural Mesothelioma
**15 REFERENCES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
  16.1 How Supplied
  16.2 Storage and Handling
**17 PATIENT COUNSELING INFORMATION**
\*Sections or subsections omitted from the full prescribing information are not listed.

1

Exhibit J

DRL00050499
Confidential

FDA Proposed Label March 15, 2016

## FULL PRESCRIBING INFORMATION

## 1 INDICATIONS AND USAGE
### 1.1 Nonsquamous Non-Small Cell Lung Cancer (NSCLC) - Combination with Cisplatin
Pemetrexed is indicated in combination with cisplatin therapy for the initial treatment of patients with locally advanced or metastatic nonsquamous NSCLC.

### 1.2 Nonsquamous NSCLC - Maintenance
Pemetrexed is indicated for the maintenance treatment of patients with locally advanced or metastatic nonsquamous NSCLC whose disease has not progressed after four cycles of platinum-based first-line chemotherapy.

### 1.3 Nonsquamous NSCLC - After Prior Chemotherapy
Pemetrexed is indicated as a single-agent for the treatment of patients with locally advanced or metastatic nonsquamous NSCLC after prior chemotherapy.

### 1.4 Mesothelioma
Pemetrexed in combination with cisplatin is indicated for the treatment of patients with malignant pleural mesothelioma whose disease is unresectable or who are otherwise not candidates for curative surgery.

### 1.5 Limitations of Use
Pemetrexed is not indicated for the treatment of patients with squamous cell NSCLC. The effectiveness of pemetrexed was not established in multiple clinical trials *[see Clinical Studies (14.1, 14.2, 14.3)]*.

## 2 DOSAGE AND ADMINISTRATION
### Vitamin Supplementation
Instruct patients to initiate folic acid 400 mcg to 1000 mcg orally once daily beginning 7 days before the first dose of pemetrexed. Continue folic acid during the full course of therapy and for 21 days after the last dose of pemetrexed *[see Warnings and Precautions (5.1)]*.

Administer vitamin $B_{12}$ 1 mg intramuscularly 1 week prior to the first dose of pemetrexed and every 3 cycles thereafter. Subsequent vitamin $B_{12}$ injections may be given the same day as treatment with pemetrexed *[see Warnings and Precautions (5.1)]*. Do not substitute oral vitamin $B_{12}$ for intramuscular vitamin $B_{12}$.

### 2.1 Nonsquamous NSCLC
### Combination Use with Cisplatin for NSCLC
The recommended dose of pemetrexed is 500 $mg/m^2$ administered as an intravenous infusion over 10 minutes on Day 1 of each 21-day cycle. The recommended dose of cisplatin is 75 $mg/m^2$ infused over 2 hours beginning approximately 30 minutes after the end of pemetrexed administration. See Full Prescribing Information for cisplatin for more information.

DRL00050500
Confidential

FDA Proposed Label March 15, 2016

**Single-Agent Use as Maintenance Following First-Line Therapy, or as a Second-Line Therapy**
The recommended dose of pemetrexed is 500 mg/m$^2$ administered as an intravenous infusion over 10 minutes on Day 1 of each 21-day cycle.

## 2.2 Malignant Pleural Mesothelioma
The recommended dose of pemetrexed is 500 mg/m$^2$ administered as an intravenous infusion over 10 minutes on Day 1 of each 21-day cycle. The recommended dose of cisplatin is 75 mg/m$^2$ infused over 2 hours beginning approximately 30 minutes after the end of pemetrexed administration. See Full Prescribing Information for cisplatin for more information.

## 2.3 Premedication Regimen and Concurrent Medications
Corticosteroids
Administer dexamethasone 4 mg by mouth twice daily the day before, the day of, and the day after pemetrexed administration.

## 2.4 Dose Modifications
Monitoring
Patients should not begin a new cycle of treatment unless the absolute neutrophil count (ANC) is ≥1500 cells/mm$^3$, the platelet count is ≥100,000 cells/mm$^3$, and creatinine clearance (Cr$_{Cl}$) is ≥45 mL/min. Patients with creatinine clearance < 45mL/min based on standard Cockcroft and Gault formula calculation should not be administered pemetrexed. Periodic chemistry tests should be performed to evaluate renal and hepatic function *[see Warnings and Precautions (5.5)]*.

Dose Reduction Recommendations
Dose adjustments at the start of a subsequent cycle should be based on nadir hematologic counts or maximum nonhematologic toxicity from the preceding cycle of therapy. Treatment may be delayed to allow sufficient time for recovery. Upon recovery, resume treatment using the guidelines in Table 1, which are suitable for using pemetrexed as a single-agent or in combination with cisplatin.

If patients develop nonhematologic toxicities (excluding neurotoxicity) ≥Grade 3, treatment should be withheld until resolution to less than or equal to the patient's pre-therapy value. Resume treatment according to guidelines in Table 1.

In the event of neurotoxicity, the recommended dose adjustments for pemetrexed and cisplatin are described in Table 1. Discontinue pemetrexed if Grade 3 or 4 neurotoxicity occurs.

3

DRL00050501
Confidential

FDA Proposed Label March 15, 2016

**Table 1: Dose Reduction for Pemetrexed (single-agent or in combination) and Cisplatin – Hematologic Toxicities**

| Criteria | Pemetrexed Dose Modification | Cisplatin Dose Modification |
|---|---|---|
| **Hematologic toxicities[a]** | | |
| Nadir ANC less than 500/mm$^3$ and nadir platelets greater than or equal to 50,000/mm$^3$. | 75% of previous dose | 75% of previous dose |
| Nadir platelets less than 50,000/mm$^3$ without bleeding regardless of nadir ANC. | 75% of previous dose | 75% of previous dose |
| Nadir platelets less than 50,000/mm$^3$ with bleeding[a], regardless of nadir ANC. | 50% of previous dose | 50% of previous dose |
| Grade 3 or 4 toxicities after 2 dose reductions | Discontinue | |
| **Nonhematologic toxicities[b,c]** | | |
| Any Grade 3 or 4 toxicities except mucositis | 75% of previous dose | 75% of previous dose |
| Any diarrhea requiring hospitalization (irrespective of Grade) or Grade 3 or 4 diarrhea | 75% of previous dose | 75% of previous dose |
| Grade 3 or 4 mucositis | 50% of previous dose | 100% of previous dose |
| Grade 3 or 4 after 2 dose reductions | Discontinue | |
| **Neurotoxicities** | | |
| Grade 0 to 1 | 100% of previous dose | 100% of previous dose |
| Grade 2 | 100% of previous dose | 50% of previous dose |
| Grade 3 or 4 | Discontinue immediately | |

[a] These criteria meet the National Cancer Institute Common Toxicity Criteria version 2 (NCI CTCAE v.2) definition of greater than or equal to Grade 2 bleeding.
[b] NCI CTCAE v.2
[c] Excluding neurotoxicity (see Neurotoxicities).

Discontinuation Recommendation

Renally Impaired Patients
In clinical studies, patients with creatinine clearance ≥45 mL/min required no dose adjustments other than those recommended for all patients. Insufficient numbers of patients with creatinine clearance below 45 mL/min have been treated to make dosage recommendations for this group of patients *[see Clinical Pharmacology (12.3)]*. Therefore, pemetrexed should not be administered to patients whose creatinine clearance is <45 mL/min using the standard Cockcroft and Gault formula (below) or GFR measured by Tc99m-DTPA serum clearance method:

Males:     $\dfrac{[140 - \text{Age in years}] \times \text{Actual Body Weight (kg)}}{72 \times \text{Serum Creatinine (mg/dL)}} = \text{mL/min}$

Females:   Estimated creatinine clearance for males × 0.85

4

DRL00050502
Confidential

FDA Proposed Label March 15, 2016

Exercise caution when administering pemetrexed concurrently with NSAIDs to patients whose creatinine clearance is less than 80 mL/min *[see Drug Interactions (7.1)]*.

### 2.5 Preparation for Intravenous Infusion Administration

Pemetrexed is a cytotoxic drug. Follow applicable special handling and disposal procedures.[1] The use of non-powdered gloves is recommended. If a solution of pemetrexed contacts the skin, wash the skin immediately and thoroughly with soap and water. If pemetrexed contacts the mucous membranes, flush thoroughly with water.

Pemetrexed is not a vesicant. There is no specific antidote for extravasation of pemetrexed. Pemetrexed extravasation should be managed with local standard practice for extravasation as with other non-vesicants.

1. Calculate the dose of pemetrexed and determine the number of vials needed.  Vials   contain either 100 mg, 500 mg of pemetrexed. The vials contain an excess of pemetrexed to facilitate delivery of label amount.
2. Reconstitute each 100 mg vial with 4.2 ml of 5% Dextrose Injection (preservative-free). Reconstitute each 500 mg vial with 20 mL of 5% Dextrose Injection (preservative-free). Reconstitution of either size vial gives a solution containing 25 mg/mL pemetrexed. Gently swirl each vial until the powder is completely dissolved. The resulting solution is clear and ranges in color from colorless to yellow or green-yellow without adversely affecting product quality. The pH of the reconstituted pemetrexed solution is between 6.6 and 7.8. FURTHER DILUTION IS REQUIRED.
3. An appropriate quantity of the reconstituted pemetrexed solution must be further diluted into a solution of 5% Dextrose Injection (preservative-free), so that the total volume of solution is 100 mL. Pemetrexed is administered as an intravenous infusion over 10 minutes.
4. Chemical and physical stability of reconstituted and infusion solutions of pemetrexed were demonstrated for up to 24 hours following initial reconstitution, when stored   refrigerated. When prepared as directed, reconstitution and infusion solutions of pemetrexed contain no antimicrobial preservatives. Discard any unused portion.
   Reconstitution and further dilution prior to intravenous infusion is only recommended with 5% Dextrose Injection (preservative free). Pemetrexed is physically incompatible with diluents containing calcium, including Lactated Ringer's Injection, USP and Ringer's Injection, USP and therefore these should not be used. Coadministration of pemetrexed with other drugs and diluents has not been studied, and therefore is not recommended. Pemetrexed is compatible with standard polyvinyl chloride (PVC) administration sets and intravenous solution bags.
5. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. If particulate matter is observed, do not administer

### 3 DOSAGE FORMS AND STRENGTHS

For injection:  100 mg or 500 mg pemetrexed as a white to either light-yellow or green-yellow lyophilized powder available in sterile single-dose vials containing 100 mg or 500 mg pemetrexed.

DRL00050503
Confidential

FDA Proposed Label March 15, 2016

## 4 CONTRAINDICATIONS

Pemetrexed is contraindicated in patients who have a history of severe hypersensitivity reaction to pemetrexed *[see Adverse Reactions (6)]*.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Requirement for Vitamin Supplementation to Reduce Toxicity

Vitamin Supplementation

Prior to treatment with pemetrexed, initiate supplementation with oral folic acid and intramuscular vitamin $B_{12}$ to reduce the severity of hematologic and gastrointestinal toxicity of pemetrexed *[see Dosage and Administration (2.3)]*. In clinical studies, some Grade 3 to 4 toxicities were higher in patients with mesothelioma who were never supplemented as compared to patients who were fully supplemented with folic acid and vitamin $B_{12}$ prior to and throughout pemetrexed treatment: neutropenia, thrombocytopenia, febrile neutropenia, and infection with neutropenia *[see Adverse Reactions (6.1)]*.

### 5.2 Myelosuppression

Pemetrexed can suppress bone marrow function, as manifested by neutropenia, thrombocytopenia, and anemia (or pancytopenia) *[see Adverse Reactions (6.1)]*; myelosuppression is usually the dose-limiting toxicity. Dose reductions for subsequent cycles are based on nadir ANC, platelet count, and maximum nonhematologic toxicity seen in the previous cycle *[see Dosage and Administration (2.4)]*.

### 5.3 Dosing in Patients with Renal Impairment

Pemetrexed is primarily eliminated unchanged by renal excretion. No dosage adjustment is needed in patients with creatinine clearance ≥45 mL/min. Insufficient numbers of patients have been studied with creatinine clearance <45 mL/min to give a dose recommendation. Therefore, pemetrexed should not be administered to patients whose creatinine clearance is <45 mL/min *[see Dosage and Administration (2.4)]*.

### 5.4 Use with Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) with Mild to Moderate Renal Insufficiency

Coadministration of ibuprofen with pemetrexed has been shown to impair the clearance of pemetrexed by 16%, leading to a 15% increase in maximum plasma concentration and 20% increase in area under the plasma concentration versus time curve. Exercise caution when administering NSAIDs concurrently with pemetrexed to patients with mild to moderate renal insufficiency (creatinine clearance from 45 to 79 mL/min) *[see Drug Interactions (7.1)]*.

### 5.5 Embryo-Fetal Toxicity

Based on its mechanism of action, pemetrexed can cause fetal harm when administered to a pregnant woman. Pemetrexed administered intraperitoneally to mice during organogenesis was embryotoxic, fetotoxic and teratogenic in mice at greater than 1/833rd the recommended human dose. If pemetrexed is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant. Women should be advised to use effective contraceptive measures to prevent pregnancy during treatment with pemetrexed *[see Use in Specific Populations (8.1)]*.

6

DRL00050504
Confidential

FDA Proposed Label March 15, 2016

## 6 ADVERSE REACTIONS

The following adverse reactions are discussed in greater detail in other sections of the labeling:

- Requirement for Premedication and Concomitant Medication to Reduce Toxicity *[see Warnings and Precautions (5.1)]*
- Myelosuppression *[see Warnings and Precautions (5.2)]*
- Decreased renal function *[see Warnings and Precautions (5.3)]*
- Use with Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) with Mild to Moderate Renal Insufficiency *[see Warnings and Precautions (5.4)]*
- Required Laboratory Monitoring *[see Warnings and Precautions (5.5)]*

Additional Experience Across Clinical Trials

Sepsis, which in some cases were fatal, occurred in approximately 1% of patients.
Esophagitis occurred in less than 1% of patients.

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reactions rates cannot be directly compared to rates in other clinical trials and may not reflect the rates observed in clinical practice.

In clinical trials, the most common adverse reactions (incidence $\geq 20\%$) during therapy with pemetrexed as a single-agent were fatigue, nausea, and anorexia. Additional common adverse reactions (incidence $\geq 20\%$) during therapy with pemetrexed when used in combination with cisplatin included vomiting, neutropenia, leukopenia, anemia, stomatitis/pharyngitis, thrombocytopenia, and constipation.

NSCLC – Pemetrexed in Combination with Cisplatin

Table 2 and Table 3 provide the frequency and severity of adverse reactions that occurred in patients who were randomized to receive pemetrexed plus cisplatin (n=839) or gemcitabine plus cisplatin (n=830). All patients received study therapy as initial treatment for locally advanced or metastatic NSCLC and patients in both treatment groups were fully supplemented with folic acid and vitamin $B_{12}$.

**Table 2: Adverse Reactions From Laboratory Tests Occurring $\geq 5\%$ Incidence in Fully Supplemented Patients Receiving Pemetrexed plus Cisplatin in NSCLC[a]**

| Adverse Reaction[b] | Pemetrexed/cisplatin (N=839) | | Gemcitabine/cisplatin (N=830) | |
|---|---|---|---|---|
| | All Grades (%) | Grade 3-4 (%) | All Grades (%) | Grade 3-4 (%) |
| **All Adverse Reactions** | 90 | 37 | 91 | 53 |
| **Laboratory** | | | | |
| **Hematologic** | | | | |
| Anemia | 33 | 6 | 46 | 10 |
| Neutropenia | 29 | 15 | 38 | 27 |
| Leukopenia | 18 | 5 | 21 | 8 |
| Thrombocytopenia | 10 | 4 | 27 | 13 |

DRL00050505
Confidential

FDA Proposed Label March 15, 2016

| Renal | | | | |
|---|---|---|---|---|
| Creatinine elevation | 10 | 1 | 7 | 1 |

[a] Adverse reactions graded according to NCI CTCAE v.2.
[b] Reported as Grade 1 or 2 in NCI CTCAE v.2.

**Table 3: Clinical Adverse Reactions Occurring ≥5% Incidence in Fully Supplemented Patients Receiving Pemetrexed plus Cisplatin in NSCLC[a]**

| Adverse Reaction[b] | Pemetrexed/cisplatin (N=839) | | Gemcitabine/cisplatin (N=830) | |
|---|---|---|---|---|
| | All Grades (%) | Grade 3-4 (%) | All Grades (%) | Grade 3-4 (%) |
| **Clinical** | | | | |
| **Constitutional Symptoms** | | | | |
| Fatigue | 43 | 7 | 45 | 5 |
| **Gastrointestinal** | | | | |
| Nausea | 56 | 7 | 53 | 4 |
| Vomiting | 40 | 6 | 36 | 6 |
| Anorexia | 27 | 2 | 24 | 1 |
| Constipation | 21 | 1 | 20 | 0 |
| Stomatitis/Pharyngitis | 14 | 1 | 12 | 0 |
| Diarrhea | 12 | 1 | 13 | 2 |
| Dyspepsia/Heartburn | 5 | 0 | 6 | 0 |
| **Neurology** | | | | |
| Neuropathy-sensory | 9 | 0 | 12 | 1 |
| Taste disturbance | 8 | 0 | 9 | 0 |
| **Dermatology/Skin** | | | | |
| Alopecia | 12 | 0 | 21 | 1 |
| Rash/Desquamation | 7 | 0 | 8 | 1 |

[a] Adverse reactions graded according to NCI CTCAE v.2.
[b] Reported as Grade 1 or 2 in NCI CTCAE v.2.

No clinically relevant differences in adverse reactions were seen in patients based on histology.

In addition to the lower incidence of hematologic toxicity on the pemetrexed and cisplatin arm, use of transfusions (RBC and platelet) and hematopoietic growth factors was lower in the pemetrexed and cisplatin arm compared to the gemcitabine and cisplatin arm.

The following additional adverse reactions were observed in patients with NSCLC randomly assigned to receive pemetrexed plus cisplatin.

**Incidence 1% to 5%**
*Body as a Whole* — febrile neutropenia, infection, pyrexia
*General Disorders* — dehydration
*Metabolism and Nutrition* — increased AST, increased ALT
*Renal* — creatinine clearance decrease, renal failure
*Special Senses* — conjunctivitis

DRL00050506
Confidential

FDA Proposed Label March 15, 2016

**Incidence Less than 1%**
*Cardiovascular* — arrhythmia
*General Disorders* — chest pain
*Metabolism and Nutrition* — increased GGT
*Neurology* — motor neuropathy

NSCLC - Maintenance Pemetrexed Maintenance Following Non-Pemetrexed Containing, Platinum-Based Induction Therapy
Table 4 provides the frequency and severity of adverse reactions which occurred in >5% of the 438 patients with NSCLC who received pemetrexed maintenance and 218 patients with NSCLC who received placebo following a platinum-based induction therapy.

All patients received study therapy immediately following 4 cycles of platinum-based treatment for locally advanced or metastatic NSCLC. Patients in both study arms were fully supplemented with folic acid and vitamin $B_{12}$.

**Table 4: Adverse Reactions Occurring ≥5% in Patients Receiving Pemetrexed versus Placebo in NSCLC[a] Following Platinum-Based Induction Therapy[b]**

| Adverse Reaction[b] | Pemetrexed (N=438) | | Placebo (N=218) | |
|---|---|---|---|---|
| | All Grades (%) | Grade 3-4 (%) | All Grades (%) | Grade 3-4 (%) |
| **All Adverse Reactions** | 66 | 16 | 37 | 4 |
| *Laboratory* | | | | |
| **Hematologic** | | | | |
| Anemia | 15 | 3 | 6 | 1 |
| Neutropenia | 6 | 3 | 0 | 0 |
| Leukopenia | 6 | 2 | 1 | 1 |
| **Hepatic** | | | | |
| Increased ALT | 10 | 0 | 4 | 0 |
| Increased AST | 8 | 0 | 4 | 0 |
| *Body System* | | | | |
| **Constitutional Symptoms** | | | | |
| Fatigue | 25 | 5 | 11 | 1 |
| **Gastrointestinal** | | | | |
| Nausea | 19 | 1 | 6 | 1 |
| Anorexia | 19 | 2 | 5 | 0 |
| Vomiting | 9 | 0 | 1 | 0 |
| Mucositis/stomatitis | 7 | 1 | 2 | 0 |
| Diarrhea | 5 | 1 | 3 | 0 |
| **Infection** | 5 | 2 | 2 | 0 |
| **Neurology** | | | | |
| Neuropathy-sensory | 9 | 1 | 4 | 0 |
| **Dermatology/Skin** | | | | |
| Rash/Desquamation | 10 | 0 | 3 | 0 |

[b] Adverse reactions graded according to NCI CTCAE v.3.

DRL00050507
Confidential

FDA Proposed Label March 15, 2016

No clinically relevant differences in Grade 3 and 4 adverse reactions were seen in patients based on age, gender, ethnicity, or histology except a higher incidence of Grade 3 and 4 fatigue for White patients compared to patients from all other races (6.5% versus 0.6%).

Safety was assessed by exposure for patients who received at least one dose of pemetrexed (N=438). The incidence of adverse reactions was evaluated for patients who received ≤6 cycles of pemetrexed, and compared to patients who received >6 cycles of pemetrexed. Increases in adverse reactions (all grades) were observed with longer exposure; however no clinically relevant differences in Grade 3/4 adverse reactions were seen.

Consistent with the higher incidence of anemia (all grades) on the pemetrexed arm, use of transfusions (mainly RBC) and erythropoiesis stimulating agents (ESAs; erythropoietin and darbepoetin) were higher in the pemetrexed arm compared to the placebo arm (transfusions 9.5% versus 3.2%, ESAs 5.9% versus 1.8%).

Additional adverse reactions were observed in patients with NSCLC who received pemetrexed:

**Incidence 1% to 5%**
*Dermatology/Skin* — alopecia, pruritis/itching
*Gastrointestinal* — constipation
*General Disorders* — edema, fever (in the absence of neutropenia)
*Hematologic* — thrombocytopenia
*Renal* — decreased creatinine clearance, increased creatinine, decreased glomerular filtration rate
*Special Senses* — ocular surface disease (including conjunctivitis), increased lacrimation

**Incidence Less than 1%**
*Cardiovascular* — supraventricular arrhythmia
*Dermatology/Skin* — erythema multiforme
*General Disorders* — febrile neutropenia, allergic reaction/hypersensitivity
*Neurology* — motor neuropathy
*Renal* — renal failure

<u>Continuation of Pemetrexed as Maintenance Following Pemetrexed Plus Platinum Induction Therapy</u>

Table 5 provides the frequency and severity of adverse reactions reported in >5% of the 500 patients with nonsquamous NSCLC who received at least one cycle of pemetrexed maintenance (n=333) or placebo (n=167) on the continuation maintenance trial.

The median number of maintenance cycles administered to patients receiving one or more doses of maintenance therapy was 4 on both the pemetrexed and placebo arms. Dose reductions for adverse events occurred in 3.3% of patients in the pemetrexed arm and 0.6% in the placebo arm. Dose delays for adverse events occurred in 22% of patients in the pemetrexed arm and 16% in the placebo arm. Patients in both study arms were supplemented with folic acid and vitamin $B_{12}$.

DRL00050508
Confidential

FDA Proposed Label March 15, 2016

**Table 5: Adverse Reactions Occurring at a Higher Incidence and ≥5% of Patients Receiving Pemetrexed in Nonsquamous NSCLC Following Pemetrexed Plus Cisplatin Induction Therapy[a]**

| Adverse Reaction | Pemetrexed (N=333) | | Placebo (N=167) | |
|---|---|---|---|---|
| | All Grades (%) | Grade 3-4 (%) | All Grades (%) | Grades 3-4 (%) |
| **All Adverse Reactions** | 53 | 17 | 34 | 4.8 |
| *Laboratory* | | | | |
| **Hematologic** | | | | |
| Anemia | 15 | 4.8 | 4.8 | 0.6 |
| Neutropenia | 9 | 3.9 | 0.6 | 0 |
| *Body system* | | | | |
| **Constitutional Symptoms** | | | | |
| Fatigue | 18 | 4.5 | 11 | 0.6 |
| **Gastrointestinal** | | | | |
| Nausea | 12 | 0.3 | 2.4 | 0 |
| Vomiting | 6 | 0 | 1.8 | 0 |
| Mucositis/stomatitis | 5 | 0.3 | 2.4 | 0 |
| **General Disorders** | | | | |
| Edema | 5 | 0 | 3.6 | 0 |

[a] Adverse reactions graded according to NCI CTCAE v.3

Administration of red blood cell (13% versus 4.8%) and platelet (1.5% versus 0.6%) transfusions, erythropoiesis-stimulating agents (12% versus 7%), and granulocyte colony-stimulating factors (6% versus 0) were higher in the pemetrexed arm compared to the placebo arm. The following additional Grade 3 or 4 adverse reactions were observed more frequently in the pemetrexed arm.

**Incidence 1% to 5%**
*Blood/Bone Marrow* — thrombocytopenia
*General Disorders* — febrile neutropenia

**Incidence Less than 1%**
*Cardiovascular* — ventricular tachycardia, syncope
*General Disorders* — pain
*Gastrointestinal* — gastrointestinal obstruction
*Neurologic* — depression
*Renal* — renal failure
*Vascular* — pulmonary embolism

NSCLC – After Prior Chemotherapy
Table 6 provides the frequency and severity of adverse reactions that have been reported in >5% patients randomized to receive single-agent pemetrexed administered intravenously over 10 minutes at a dose of 500 mg/m$^2$ with folic acid and vitamin B$_{12}$ supplementation (n=265) or single-agent docetaxel administered at 75 mg/m$^2$ as a 1-hour intravenous infusion (n=276). Both drugs were given on Day 1 of each 21-day cycle. All patients were diagnosed with locally advanced or metastatic NSCLC and received prior chemotherapy.

DRL00050509
Confidential

FDA Proposed Label March 15, 2016

**Table 6: Adverse Reactions Occurring ≥5% of Patients Receiving Pemetrexed versus Docetaxel in NSCLC[a]**

| Adverse Reaction | Pemetrexed (N=265) | | Docetaxel (N=276) | |
|---|---|---|---|---|
| | All Grades (%) | Grades 3-4 (%) | All Grades (%) | Grades 3-4 (%) |
| **Laboratory** | | | | |
| **Hematologic** | | | | |
| Anemia | 19 | 4 | 22 | 4 |
| Leukopenia | 12 | 4 | 34 | 27 |
| Neutropenia | 11 | 5 | 45 | 40 |
| Thrombocytopenia | 8 | 2 | 1 | 0 |
| **Hepatic** | | | | |
| Increased ALT | 8 | 2 | 1 | 0 |
| Increased AST | 7 | 1 | 1 | 0 |
| **Clinical** | | | | |
| **Gastrointestinal** | | | | |
| Nausea | 31 | 3 | 17 | 2 |
| Anorexia | 22 | 2 | 24 | 3 |
| Vomiting | 16 | 2 | 12 | 1 |
| Stomatitis/Pharyngitis | 15 | 1 | 17 | 1 |
| Diarrhea | 13 | 0 | 24 | 3 |
| Constipation | 6 | 0 | 4 | 0 |
| **Constitutional Symptoms** | | | | |
| Fatigue | 34 | 5 | 36 | 5 |
| Fever | 8 | 0 | 8 | 0 |
| **Dermatology/Skin** | | | | |
| Rash/Desquamation | 14 | 0 | 6 | 0 |
| Pruritis | 7 | 0 | 2 | 0 |
| Alopecia | 6 | 1[b] | 38 | 2[b] |

[a] Adverse reactions graded according to NCI CTCAE v.2.
[b] Would be reported as Grade 1 or 2 according to NCI CTCAE v.2.

No clinically relevant differences in adverse reactions were seen in patients based on histology. Clinically relevant adverse reactions occurring in <5% of patients that received pemetrexed treatment but >5% of patients that received docetaxel included Grade 3 and 4 febrile neutropenia (1.9% pemetrexed, 12.7% docetaxel).

The following additional adverse reactions were observed in patients with NSCLC received pemetrexed.

**Incidence 1% to 5%**
*Body as a Whole* — abdominal pain, allergic reaction/hypersensitivity, febrile neutropenia, infection
*Dermatology/Skin* — erythema multiforme
*Neurology* — motor neuropathy, sensory neuropathy
*Renal* — increased creatinine

DRL00050510
Confidential

FDA Proposed Label March 15, 2016

**Incidence Less than 1%**
*Cardiovascular* — supraventricular arrhythmias

Malignant Pleural Mesothelioma (MPM)
Table 7 provides the frequency and severity of adverse reactions that have been reported in >5% patients with mesothelioma who were randomized to receive cisplatin administered at a dose of 75 mg/m$^2$ over 2 hours and pemetrexed administered at a dose of 500 mg/m$^2$ as a 10-minute intravenous infusion (n=168) or single-agent cisplatin (n=163). Both drugs were administered on Day 1 of a 21-day cycle. In both treatment arms, the chemo-naïve patients were fully supplemented with folic acid and vitamin B$_{12}$.

**Table 7: Adverse Reactions Occurring in ≥5% of Fully Supplemented Patients Receiving Pemetrexed plus Cisplatin in MPM[a]**

| Adverse Reaction | Pemetrexed/cisplatin (N=168) | | Cisplatin (N=163) | |
|---|---|---|---|---|
| | All Grades (%) | Grade 3-4 (%) | All Grades (%) | Grade 3-4 (%) |
| *Laboratory* | | | | |
| **Hematologic** | | | | |
| Neutropenia | 56 | 23 | 13 | 3 |
| Leukopenia | 53 | 15 | 17 | 1 |
| Anemia | 26 | 4 | 10 | 0 |
| Thrombocytopenia | 23 | 5 | 9 | 0 |
| **Renal** | | | | |
| Creatinine elevation | 11 | 1 | 10 | 1 |
| Decreased creatinine clearance | 16 | 1 | 18 | 2 |
| *Body System* | | | | |
| **Eye Disorder** | | | | |
| Conjunctivitis | 5 | 0 | 1 | 0 |
| **Gastrointestinal** | | | | |
| Nausea | 82 | 12 | 77 | 6 |
| Vomiting | 57 | 11 | 50 | 4 |
| Stomatitis/Pharyngitis | 23 | 3 | 6 | 0 |
| Anorexia | 20 | 1 | 14 | 1 |
| Diarrhea | 17 | 4 | 8 | 0 |
| Constipation | 12 | 1 | 7 | 1 |
| Dyspepsia | 5 | 1 | 1 | 0 |
| **Constitutional Symptoms** | | | | |
| Fatigue | 48 | 10 | 42 | 9 |
| **Metabolism and Nutrition** | | | | |
| Dehydration | 7 | 4 | 1 | 1 |
| **Neurology** | | | | |
| Neuropathy-sensory | 10 | 0 | 10 | 1 |

13

DRL00050511
Confidential

FDA Proposed Label March 15, 2016

| | | | | |
|---|---|---|---|---|
| Taste Disturbance | 8 | 0[b] | 6 | 0[b] |
| **Dermatology/Skin** | | | | |
| Rash | 16 | 1 | 5 | 0 |
| Alopecia | 11 | 0[b] | 6 | 0[b] |

[a] Adverse reactions graded according to NCI CTCAE v.2.
[b] Reported as Grade 1 or 2 in NCI CTCAE v.2.

The following additional adverse reactions were observed in patients with malignant pleural mesothelioma randomly assigned to receive pemetrexed plus cisplatin.

**Incidence 1% to 5%**
*Body as a Whole* — febrile neutropenia, infection, pyrexia
*Dermatology/Skin* — urticaria
*General Disorders* — chest pain
*Metabolism and Nutrition* — increased AST, increased ALT, increased GGT
*Renal* — renal failure

**Incidence Less than 1%**
*Cardiovascular* — arrhythmia
*Neurology* — motor neuropathy

Effects of Vitamin Supplementations on Toxicity
Table 8 compares the incidence (percentage of patients) of Grade 3 and 4 toxicities in patients who received vitamin supplementation with daily folic acid and vitamin $B_{12}$ from the time of enrollment in the study (fully supplemented) with the incidence in patients who never received vitamin supplementation (never supplemented) during the study in the pemetrexed plus cisplatin arm for the MPM trial described above *[see Warnings and Precautions (5.1)]*.

**Table 8: Incidence of Grade 3 and 4 Adverse Reactions Comparing Fully Supplemented versus Never Supplemented Patients in the Pemetrexed plus Cisplatin Arm[a]**

| Adverse Reaction | Fully Supplemented (N=168) | Never Supplemented (N=32) |
|---|---|---|
| Neutropenia/granulocytopenia | 23 | 38 |
| Thrombocytopenia | 5 | 9 |
| Vomiting | 11 | 31 |
| Febrile neutropenia | 1 | 9 |
| Infection with Grade 3 or 4 neutropenia | 0 | 6 |
| Diarrhea | 4 | 9 |

[a] Adverse reactions graded according to NCI CTCAE v.2.

The following adverse reactions were greater in the fully supplemented group compared to the never supplemented group: hypertension (11% vs. 3%), chest pain (8% vs. 6%), and thrombosis/embolism (6% vs. 3%).

No relevant effect for pemetrexed safety due to gender or race was identified, except an increased incidence of rash in men (24%) compared to women (16%).

DRL00050512
Confidential

FDA Proposed Label March 15, 2016

**6.2 Postmarketing Experience**
The following adverse reactions have been identified during post-approval use of pemetrexed. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

These reactions occurred with pemetrexed when used as a single-agent and in combination therapies.

*Blood and Lymphatic System* — immune-mediated hemolytic anemia
*Gastrointestinal* — colitis, pancreatitis
*General Disorders and Administration Site Conditions* — edema
*Injury, poisoning, and procedural complications* — radiation recall has been reported in patients who have previously received radiotherapy.
*Respiratory* — interstitial pneumonitis
*Skin* — bullous conditions, including Stevens-Johnson syndrome and toxic epidermal necrolysis. Some cases were fatal.

**7 DRUG INTERACTIONS**
**7.1 Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)**
Avoid administering NSAIDs concurrently with pemetrexed in patients with mild to moderate renal insufficiency (creatinine clearance from 45 to 79 mL/min). Avoid NSAIDs with short elimination half-lives (e.g., diclofenac, indomethacin) for a period of 2 days before, the day of, and 2 days following administration of pemetrexed [see *Clinical Pharmacology (12.3)*]. In the absence of data regarding potential interaction between pemetrexed and NSAIDs with longer half-lives (e.g., meloxicam, nabumetone), interrupt dosing for at least 5 days before, the day of, and 2 days following pemetrexed administration in patients taking these NSAIDs. If concomitant administration of NSAIDs is necessary, monitor patients closely for toxicity, especially myelosuppression, renal, and gastrointestinal toxicity.

**7.2 Nephrotoxic Drugs**
Pemetrexed is primarily eliminated unchanged renally as a result of glomerular filtration and tubular secretion. Concomitant administration of nephrotoxic drugs could result in delayed clearance of pemetrexed. Concomitant administration of substances that are also tubularly secreted (e.g., probenecid) could potentially result in delayed clearance of pemetrexed [see *Clinical Pharmacology (12.3)*].

**8 USE IN SPECIFIC POPULATIONS**
**8.1 Pregnancy**
<u>Risk Summary</u>
There are no adequate and well controlled studies of pemetrexed in pregnant women. Based on data from animal studies and its mechanism of action, pemetrexed can cause fetal harm when administered to a pregnant woman. If pemetrexed is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to use effective contraceptive

DRL00050513
Confidential

FDA Proposed Label March 15, 2016

measures to prevent pregnancy during the treatment with pemetrexed *[see Females and Males of Reproductive Potential (8.3) and Clinical Pharmacology (12)]*.

The estimated background risk of major birth defects and miscarriage for the indicated population is unknown.   In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively.

Data
*Human Data*
There are no adequate and well controlled studies of pemetrexed in pregnant women.

*Animal Data*
Pemetrexed was embryotoxic, fetotoxic, and teratogenic in mice. In mice, repeated intraperitoneal doses of pemetrexed when given during organogenesis caused fetal malformations (incomplete ossification of talus and skull bone; about 1/833rd the recommended intravenous human dose on a mg/m$^2$ basis), and cleft palate (1/33rd the recommended intravenous human dose on a mg/m$^2$ basis) *[see Data]*. Embryotoxicity was characterized by increased embryo-fetal deaths and reduced litter sizes.

**8.2 Lactation**
Risk Summary
It is not known whether pemetrexed or its metabolites are excreted in human milk. Because many drugs are excreted in human milk, and because of the potential for serious adverse reactions in nursing infants from pemetrexed, a decision should be made to discontinue nursing or discontinue the drug, taking into account the importance of the drug for the mother.

**8.3 Females and Males of Reproductive Potential**
Contraception

Females: Women of childbearing potential must use effective contraception during treatment with pemetrexed. Pemetrexed can have genetically damaging effects.
Males: Sexually mature males are advised not to father a child during the treatment and up to 6 months thereafter.
Contraceptive measures or abstinence are recommended for both males and females.

**8.4 Pediatric Use**
Efficacy of pemetrexed in pediatric patients has not been demonstrated. Pemetrexed was administered as an intravenous infusion over 10 minutes on Day 1 of a 21 day cycle to pediatric patients with recurrent solid tumors in a Phase 1 study (32 patients) and a Phase 2 study (72 patients). All patients received pretreatment with vitamin B$_{12}$ and folic acid supplementation and dexamethasone. The dose escalation in the Phase 1 study determined the maximum tolerated dose was 1910 mg/m$^2$ and this dose (or 60 mg/kg for patients <12 months old) was evaluated in the Phase 2 study of patients with relapsed or refractory osteosarcoma, Ewing sarcoma/peripheral PNET, rhabdomyosarcoma, neuroblastoma, ependymoma, medulloblastoma/supratentorial PNET, or non-brainstem high grade glioma. No responses were

16

DRL00050514
Confidential

observed among the 72 patients in this Phase 2 trial. The most common toxicities reported were hematological (leukopenia, neutropenia/granulocytopenia, anemia, thrombocytopenia, and lymphopenia), liver function abnormalities (increased ALT/AST), fatigue, and nausea.

The single dose pharmacokinetics of pemetrexed administered in doses ranging from 400 to 2480 mg/m$^2$ were evaluated in the Phase 1 trial in 22 patients (13 males and 9 females) aged 4 to 18 years (average age 12 years). Pemetrexed exposure (AUC and $C_{max}$) appeared to increase proportionally with dose. The average pemetrexed clearance (2.30 L/h/m$^2$) and half-life (2.3 hours) in pediatric patients were comparable to values reported in adults.

## 8.5 Geriatric Use
Pemetrexed is known to be substantially excreted by the kidney, and the risk of adverse reactions to this drug may be greater in patients with impaired renal function. Renal function monitoring is recommended with administration of pemetrexed. No dose reductions other than those recommended for all patients are necessary for patients 65 years of age or older *[see Dosage and Administration (2.4)]*.

Of 3,946 patients (34% ≥65) studied across the five clinical trials *[see Clinical Studies (14.1, 14.2, 14.3, and 14.4)]*, the effect of pemetrexed on survival was similar in patients <65 compared to ≥65 years of age. There were no differences in safety with the exception of the following Grade 3 and 4 adverse reactions, which were noted in at least one of the five trials to be greater in patients 65 years of age and older as compared to younger patients:  anemia, fatigue, thrombocytopenia, hypertension, and neutropenia.

## 8.6 Renal Impairment
Pemetrexed is known to be primarily excreted by the kidneys. Decreased renal function will result in reduced clearance and greater exposure (area under the curve, AUC) to pemetrexed compared with patients with normal renal function. Patients with creatinine clearance < 45mL/min based on standard Cockcroft and Gault formula calculation should not be administered pemetrexed *[see Dosage and Administration (2.4) and Clinical Pharmacology (12.3)]*. Cisplatin coadministration with pemetrexed has not been studied in patients with moderate renal impairment.

## 10 OVERDOSAGE
There have been few cases of pemetrexed overdose. Toxicities included neutropenia, anemia, thrombocytopenia, mucositis, and rash. Complications of overdose include myelosuppression as manifested by neutropenia, thrombocytopenia, and anemia. In addition, infection with or without fever, diarrhea, and mucositis have occurred. If an overdose occurs, general supportive measures should be instituted as deemed necessary by the treating physician.

The ability of pemetrexed to be dialyzed is unknown.

## 11 DESCRIPTION
Pemetrexed ditromethamine has the chemical name L-Glutamic acid, *N*-[4-[2-(2-amino-4,7-dihydro-4-oxo-1*H*-pyrrolo[2,3-*d*]pyrimidin-5-yl)ethyl]benzoyl]-, ditromethamine salt. It is a white to cream color powder with or without green/yellow tinge with a molecular formula

DRL00050515
Confidential

FDA Proposed Label March 15, 2016

$C_{20}H_{21}N_5O_6 \cdot C_8H_{22}N_2O_6$ and a molecular weight of 669.68. The pH of 1% solution is 5 to 8. The structural formula is as follows:



Pemetrexed for injection is supplied as a sterile lyophilized powder for intravenous infusion available in single-dose vials. The product is a white to either light-yellow or green-yellow lyophilized powder. Each 100 mg or 500 mg vial of pemetrexed contains pemetrexed ditromethamine equivalent to 100 mg pemetrexed, 100 mg mannitol and 28.50 mg tromethamine or 500 mg pemetrexed, 500 mg mannitol and 142.50 mg tromethamine respectively. Hydrochloric acid and/or tromethamine may have been added to adjust pH.

## 12 CLINICAL PHARMACOLOGY
### 12.1 Mechanism of Action
Pemetrexed is a folate analog metabolic inhibitor that disrupts folate-dependent metabolic processes essential for cell replication. In vitro studies show that pemetrexed inhibits thymidylate synthase (TS), dihydrofolate reductase (DHFR), and glycinamide ribonucleotide formyltransferase (GARFT), which are folate-dependent enzymes involved in the de novo biosynthesis of thymidine and purine nucleotides. Pemetrexed is taken into cells by membrane carriers such as the reduced folate carrier and membrane folate binding protein transport systems. Once in the cell, pemetrexed is converted to polyglutamate forms by the enzyme folylpolyglutamate synthetase. The polyglutamate forms are retained in cells and are inhibitors of TS and GARFT.

### 12.2 Pharmacodynamics
Preclinical studies have shown that pemetrexed inhibits the in vitro growth of mesothelioma cell lines (MSTO-211H, NCI-H2052). Studies with the MSTO-211H mesothelioma cell line showed synergistic effects when pemetrexed was combined concurrently with cisplatin.

Absolute neutrophil counts (ANC) following single-agent administration of pemetrexed to patients not receiving folic acid and vitamin $B_{12}$ supplementation were characterized using population pharmacodynamic analyses. Severity of hematologic toxicity, as measured by the depth of the ANC nadir, correlates with the systemic exposure, or area under the curve (AUC) of pemetrexed. It was also observed that lower ANC nadirs occurred in patients with elevated baseline cystathionine or homocysteine concentrations. The levels of these substances can be reduced by folic acid and vitamin $B_{12}$ supplementation. There is no cumulative effect of pemetrexed exposure on ANC nadir over multiple treatment cycles.

Time to ANC nadir with pemetrexed systemic exposure (AUC), varied between 8 to 9.6 days over a range of exposures from 38.3 to 316.8 mcg•hr/mL. Return to baseline ANC occurred 4.2 to 7.5 days after the nadir over the same range of exposures.

DRL00050516
Confidential

FDA Proposed Label March 15, 2016

## 12.3 Pharmacokinetics
*Absorption*
The pharmacokinetics of pemetrexed administered as a single-agent in doses ranging from 0.2 to 838 mg/m$^2$ infused over a 10-minute period have been evaluated in 426 cancer patients with a variety of solid tumors. Pemetrexed total systemic exposure (AUC) and maximum plasma concentration ($C_{max}$) increase proportionally with dose. The pharmacokinetics of pemetrexed do not change over multiple treatment cycles.

*Distribution*
Pemetrexed has a steady-state volume of distribution of 16.1 liters. In vitro studies indicate that pemetrexed is approximately 81% bound to plasma proteins. Binding is not affected by degree of renal impairment.

*Elimination*
*Metabolism*
Pemetrexed is not metabolized to an appreciable extent and is primarily eliminated in the urine, with 70% to 90% of the dose recovered unchanged within the first 24 hours following administration.

*Excretion*
The clearance decreases, and exposure (AUC) increases, as renal function decreases. The total systemic clearance of pemetrexed is 91.8 mL/min and the elimination half-life of pemetrexed is 3.5 hours in patients with normal renal function (creatinine clearance of 90 mL/min).

The pharmacokinetics of pemetrexed in special populations were examined in about 400 patients in controlled and single arm studies.

In vitro studies indicate that pemetrexed is a substrate of OAT3 (organic anion transporter 3), a transporter that may play a role in active secretion of pemetrexed.

*Specific Populations*
Age, Gender or Race
No effect of age on the pharmacokinetics of pemetrexed was observed over a range of 26 to 80 years. The pharmacokinetics of pemetrexed were not different in male and female patients. The pharmacokinetics of pemetrexed were similar in Whites and Blacks or African Americans. Insufficient data are available to compare pharmacokinetics for other ethnic groups.

Of 3,946 patients (male 70.5%) studied across the five registration studies for pemetrexed indications *[see Clinical Studies (14.1, 14.2, 14.3, and 14.4)]*, the effect of pemetrexed on survival was similar in female and male patients.

Of 3,946 patients (White 78.6%) studied across the five registration studies for pemetrexed indications *[see Clinical Studies (14.1, 14.2, 14.3, and 14.4)]*, the effect of pemetrexed on survival was similar in the White and non-White patients.

DRL00050517
Confidential

FDA Proposed Label March 15, 2016

*Hepatic Impairment*
There was no effect of elevated AST, ALT, or total bilirubin on the pharmacokinetics of pemetrexed. However, studies of hepatically impaired patients have not been conducted [see *Dosage and Administration (2.4) and Use in Specific Populations (8.6)*].

*Renal Impairment*
Pharmacokinetic analyses of pemetrexed included 127 patients with reduced renal function. Plasma clearance of pemetrexed decreases as renal function decreases, with a resultant increase in systemic exposure. Patients with creatinine clearances of 45, 50, and 80 mL/min had 65%, 54%, and 13% increases, respectively in pemetrexed total systemic exposure (AUC) compared to patients with creatinine clearance of 100 mL/min *[see Warnings and Precautions (5.4) and Dosage and Administration (2.4)]*.

*Third Space Fluid*
The effect of third space fluid, such as pleural effusion and ascites, on pemetrexed is not fully defined. A study of pemetrexed 500 mg/m$^2$ was performed in 31 solid tumor patients with stable third space fluid (All but 2 of the 31 patients included in study had mild or moderate amounts of third space fluid). Moderate pleural effusion was defined in the study as less than 1/3 the way up on one side with obscuring of the entire hemidiaphragm. Moderate ascites was defined as that detectable on physical exam. The pemetrexed plasma concentrations in these patients were comparable to those observed in previous clinical trials in patients without third space fluid collections. Thus, drainage of mild or moderate third space fluid collection prior to pemetrexed treatment should be considered, but is probably not necessary. The effect of severe third space fluid on pharmacokinetics is not known.

Drug Interactions
*Aspirin*
Aspirin, administered in low to moderate doses (325 mg every 6 hours), does not affect the pharmacokinetics of pemetrexed. The effect of greater doses of aspirin on pemetrexed pharmacokinetics is unknown.

*Cisplatin*
Cisplatin does not affect the pharmacokinetics of pemetrexed and the pharmacokinetics of total platinum are unaltered by pemetrexed.

*Vitamins*
Coadministration of oral folic acid or intramuscular vitamin B$_{12}$ does not affect the pharmacokinetics of pemetrexed.

*Drugs Metabolized by Cytochrome P450 Enzymes*
Results from in vitro studies with human liver microsomes predict that pemetrexed would not cause clinically significant inhibition of metabolic clearance of drugs metabolized by CYP3A, CYP2D6, CYP2C9, and CYP1A2.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
No carcinogenicity studies have been conducted with pemetrexed. Pemetrexed was clastogenic in the in vivo micronucleus assay in mouse bone marrow but was not mutagenic in multiple in

DRL00050518
Confidential

FDA Proposed Label March 15, 2016

vitro tests (Ames assay, CHO cell assay). Pemetrexed administered at intravenous doses of 0.1 mg/kg/day or greater to male mice (about 1/1666 the recommended human dose on a mg/m$^2$ basis) resulted in reduced fertility, hypospermia, and testicular atrophy.

## 14 CLINICAL STUDIES
### 14.1 NSCLC - Combination with Cisplatin
A multicenter, randomized, open-label study in 1725 chemo-naïve patients with Stage IIIb/IV NSCLC was conducted to compare the overall survival following treatment with pemetrexed in combination with cisplatin (PC) versus gemcitabine in combination with cisplatin (GC). Pemetrexed was administered as an intravenous infusion over 10 minutes at a dose of 500 mg/m$^2$ with cisplatin administered by intravenous infusion at a dose of 75 mg/m$^2$ after pemetrexed administration, on Day 1 of each 21-day cycle. Gemcitabine was administered at a dose of 1250 mg/m$^2$ on Day 1 and Day 8, and cisplatin was administered as an intravenous infusion at a dose of 75 mg/m$^2$ after administration of gemcitabine, on Day 1 of each 21-day cycle. Treatment was administered up to a total of 6 cycles, and patients in both treatment arms received folic acid, vitamin B$_{12}$, and dexamethasone *[see Dosage and Administration (2.3)]*.

The patient demographics and disease characteristics were and are summarized in Table 9.

**Table 9: Patient Characteristics and Disease Characteristics in NSCLC –Pemetrexed in Combination with Cisplatin**

| Patient characteristic and disease characteristics | Pemetrexed plus Cisplatin (PC) (N=862) | Gemcitabine plus Cisplatin (GC) (N=863) |
|---|---|---|
| **Age (years)** | | |
| Median (range) | 61.1 (28.8 to 83.2) | 61.0 (26.4 to 79.4) |
| **Gender** | | |
| Male/Female | 70.2%/29.8% | 70.1%/29.9% |
| **Origin** | | |
| White | 669 (77.6%) | 680 (78.8%) |
| Hispanic | 27 (3.1%) | 23 (2.7%) |
| Asian | 146 (16.9%) | 141 (16.3%) |
| Black or African American | 18 (2.1%) | 18 (2.1%) |
| **Stage at Entry** | | |
| IIIb/IV | 23.8%/76.2% | 24.3%/75.7% |
| **Histology** | | |
| Nonsquamous NSCLC[a] | 618 (71.7%) | 634 (73.5%) |
| Adenocarcinoma | 436 (50.6%) | 411 (47.6%) |
| Large cell | 76 (8.8%) | 77 (8.9%) |
| Other[b] | 106 (12.3%) | 146 (16.9%) |
| Squamous | 244 (28.3%) | 229 (26.5%) |
| **ECOG PS[c,d]** | | |
| 0/1 | 35.4%/64.6% | 35.6%/64.3% |
| **Smoking History[e]** | | |
| Ever/never smoker | 83.1%/16.9% | 83.9%/16.1% |

[a]Includes adenocarcinoma, large cell, and other histologies except those with squamous cell type.
[b] "Other" represents NSCLC which does not qualify as adenocarcinoma, squamous cell carcinoma, or large cell carcinoma.

DRL00050519
Confidential

FDA Proposed Label March 15, 2016

[c] ECOG PS=Eastern Cooperative Oncology Group Performance Status.
[d] ECOG PS not reported for all randomized patients. Percentages are representative of N=861 for the PC arm and N=861 for GC arm.
[e] Smoking history collected for 88% of randomized patients (N=757 for PC arm and N=759 for GC arm).

Patients received a median of 5 cycles of treatment in both study arms. Patients treated with PC received a relative dose intensity of 94.8% of the protocol-specified pemetrexed dose intensity and 95% of the protocol-specified cisplatin dose intensity. Patients treated with GC received a relative dose intensity of 85.8% of the protocol-specified gemcitabine dose intensity and 93.5% of the protocol-specified cisplatin dose intensity.

The major efficacy outcome measure in this study was overall survival. The median survival time was 10.3 months in the pemetrexed plus cisplatin treatment arm and 10.3 months in the gemcitabine plus cisplatin arm, with an adjusted hazard ratio of 0.94. See Table 10 and Figure 1.

**Table 10: Efficacy in First-Line NSCLC**

|  | Pemetrexed plus Cisplatin (N=862) | Gemcitabine plus Cisplatin (N=863) |
|---|---|---|
| Median overall survival (95% CI) | 10.3 mos (9.8 to 11.2) | 10.3 mos (9.6 to 10.9) |
| Adjusted hazard ratio (HR)[a,b] (95% CI) | 0.94 (0.84 to 1.05) | |
| Median progression-free survival (95% CI) | 4.8 mos (4.6 to 5.3) | 5.1 mos (4.6 to 5.5) |
| Adjusted hazard ratio (HR)[a,b] (95% CI) | 1.04 (0.94 to 1.15) | |
| Overall response rate (95% CI) | 27.1% (24.2 to 30.1) | 24.7% (21.8 to 27.6) |

[a] Adjusted for gender, stage, basis of diagnosis, and performance status.
[b] A HR that is less than 1 indicates that survival is better in the PC arm than in the GC arm. Alternatively, a HR that is greater than 1 indicates survival is better in the GC arm than in the PC arm.

**Figure 1: Kaplan-Meier Curves for Overall Survival Pemetrexed plus Cisplatin (PC) versus Gemcitabine plus Cisplatin (GC) in NSCLC**



A pre-specified analysis of the impact of NSCLC histology on overall survival was examined. Clinically relevant differences in survival according to histology were observed and are summarized in Table 11 and Figure 1. This difference in treatment effect for pemetrexed based on histology demonstrating a lack of efficacy in squamous cell histology was also observed in the single-agent, second-line study and the maintenance study *[see Clinical Studies (14.2, 14.3)]*.

DRL00050520
Confidential

FDA Proposed Label March 15, 2016

**Table 11: First-Line Therapy: Overall Survival in NSCLC Histologic Subgroups**

| Histology Subgroup | Median Overall Survival in Months (95% CI) | | | | Unadjusted Hazard Ratio (HR)[a,b] (95% CI) | Adjusted Hazard Ratio (HR)[a,b,c] (95% CI) |
|---|---|---|---|---|---|---|
| | Pemetrexed plus Cisplatin | | Gemcitabine plus Cisplatin | | | |
| Nonsquamous NSCLC[d] (N=1252) | 11 (10.1 to 12.5) | N=618 | 10.1 (9.3 to 10.9) | N=634 | 0.84 (0.74 to 0.96) | 0.84 (0.74 to 0.96) |
| Adenocarcinoma (N=847) | 12.6 (10.7 to 13.6) | N=436 | 10.9 (10.2 to 11.9) | N=411 | 0.84 (0.71 to 0.98) | 0.84 (0.71 to 0.99) |
| Large Cell (N=153) | 10.4 (8.6 to 14.1) | N=76 | 6.7 (5.5 to 9) | N=77 | 0.68 (0.48 to 0.97) | 0.67 (0.48 to 0.96) |
| Other[e] (N=252) | 8.6 (6.8 to 10.2) | N=106 | 9.2 (8.1 to 10.6) | N=146 | 1.12 (0.84 to 1.49) | 1.08 (0.81 to 1.45) |
| Squamous Cell (N=473) | 9.4 (8.4 to 10.2) | N=244 | 10.8 (9.5 to 12.1) | N=229 | 1.22 (0.99 to 1.50) | 1.23 (1 to 1.51) |

[a] P HR that is less than 1 indicates that survival is better in the PC arm than in the GC arm. Alternatively, a HR that is greater than 1 indicates survival is better in the GC arm than in the PC arm.

[b] Unadjusted for multiple comparisons.

[c] HRs adjusted for ECOG PS, gender, disease stage, and basis for pathological diagnosis (histopathological/cytopathological).

[d] Includes adenocarcinoma, large cell, and other histologies except those with squamous cell type.

[e] The subgroup of "other" represents patients with a primary diagnosis of NSCLC whose disease did not clearly qualify as adenocarcinoma, squamous cell carcinoma, or large cell carcinoma.

**Figure 2: Kaplan-Meier Curves for Overall Survival Pemetrexed plus Cisplatin (PC) versus Gemcitabine plus Cisplatin (GC) in NSCLC - Nonsquamous NSCLC and Squamous Cell NSCLC.**



23

DRL00050521
Confidential

FDA Proposed Label March 15, 2016

**14.2 NSCLC - Maintenance**

Pemetrexed Maintenance Following Non-Pemetrexed-Containing, Platinum-Based, Induction Therapy

A multi-center, randomized, double-blind, placebo-controlled study was conducted in 663 patients with Stage IIIb/IV NSCLC who did not progress after four cycles of platinum-based chemotherapy. Patients who did not progress were randomized 2:1 to receive pemetrexed or placebo immediately following platinum-based chemotherapy. Of the randomized patients, 47% versus 53% achieved a complete or partial response to induction therapy, and 52% versus 47% had stable disease after induction therapy in the pemetrexed and placebo arms, respectively. Pemetrexed was administered as an intravenous infusion over 10 minutes at a dose of 500 mg/m$^2$ on Day 1 of each 21-day cycle, until disease progression. Patients in both study arms received folic acid, vitamin B$_{12}$, and dexamethasone *[see Dosage and Administration (2.3)]*.

The major efficacy outcome measures were progression-free survival (PFS) by independent review and overall survival (OS). The patient demographics and baseline disease characteristics are summarized in Table 12.

**Table 12: Maintenance Therapy Following Platinum-Based Induction Therapy: Summary of Patient Characteristics in Study of NSCLC**

| Patient characteristic | Pemetrexed (N=441) | Placebo (N=222) |
|---|---|---|
| **Age (yrs)** | | |
| Median (range) | 61 (26 to 83) | 60.4 (35 to 79) |
| **Gender** | | |
| Male/Female | 73%/27% | 72.5%/27.5% |
| **Race** | | |
| White | 279 (63.3%) | 149 (67.1%) |
| East Asian | 104 (23.6%) | 50 (22.5%) |
| Other | 58 (13.2%) | 23 (10.4%) |
| **Stage at Entry[a]** | | |
| IIIb/IV | 18%/82% | 21.2%/78.8% |
| **Histology (%)** | | |
| Nonsquamous NSCLC[b] | 325 (73.7%) | 156 (70.3%) |
| Adenocarcinoma | 222 (50.3%) | 106 (47.7%) |
| Large cell | 10 (2.3%) | 10 (4.5%) |
| Other[c] | 93 (21.1%) | 40 (18%) |
| Squamous | 116 (26.3%) | 66 (29.7%) |
| **ECOG PS[d]** | | |
| 0/1 | 40.1%/59.9% | 38.3%/61.7% |
| **Smoking History[e]** | | |
| Ever/never smoker | 74.1%/25.9% | 71.5%/28.5% |
| **Time from start of induction therapy to study randomization (months)** | | |
| Median (range) | 3.25 (1.6 to 4.8) | 3.29 (2.7 to 5.1) |

24

DRL00050522
Confidential

FDA Proposed Label March 15, 2016

[a] Stage at Entry was not reported for all randomized patients. Percentages are representative of N=440 for the pemetrexed arm and N=222 for the placebo arm.
[b] Includes patients with adenocarcinoma, large cell, and other histologic diagnoses.
[c] The subgroup of "Other" represents patients with a primary diagnosis of NSCLC whose disease did not clearly qualify as adenocarcinoma, large cell carcinoma, or squamous cell carcinoma.
[d] Eastern Cooperative Oncology Group Performance Status (ECOG PS) was not reported for all randomized patients. Percentages are representative of N=439 for the pemetrexed arm, and N=222 for the placebo arm.
[e] Smoking history was not reported for all randomized patients. Percentages are representative of N=437 for the pemetrexed arm and N=221 for the placebo arm.

Patients received a median of 5 cycles of pemetrexed and 3.5 cycles of placebo. Patients randomized to pemetrexed received a relative dose intensity of 96%. A total of 213 patients (48%) completed ≥6 cycles and a total of 98 patients (23%) completed ≥10 cycles of treatment with pemetrexed.

A statistically significant improvement in OS was demonstrated for patients randomized to pemetrexed compared to placebo as summarized in Table 13. A difference in treatment outcomes was observed according to histologic classification as summarized in Table 14. For the population of patients with nonsquamous NSCLC, pemetrexed was superior to placebo for OS as summarized in Table 14. For the population of patients with squamous NSCLC, pemetrexed did not improve OS compared to placebo or PFS. This difference in treatment effect for pemetrexed based on histology demonstrating lack of benefit in squamous cell histology was also observed in the first-line and second-line studies *[see Clinical Studies (14.1, 14.3)]*.

**Table 13: Maintenance Therapy Following Platinum-Based Induction Therapy: Efficacy of Pemetrexed versus Placebo in NSCLC – ITT Population**

| Efficacy Parameter[a,b] | Pemetrexed (N=441) | Placebo (N=222) |
|---|---|---|
| Median overall survival[c] (95% CI) | 13.4 mos (11.9 to 15.9) | 10.6 mos (8.7 to 12) |
| Hazard ratio (HR)[c] (95% CI) | 0.79 (0.65 to 0.95) | |
| p-value | p=0.012 | |
| Median progression-free survival* (95% CI) | 4 mos (3.1 to 4.4) | 2 mos (1.5 to 2.8) |
| Hazard ratio (HR)[c] (95% CI) | 0.60 (0.49 to 0.73) | |
| p-value | p<0.00001 | |

[a] PFS and OS were calculated from time of randomization, after completion of 4 cycles of induction platinum-based chemotherapy.
[b] Values for PFS given based on independent review (pemetrexed N=387, placebo N=194).
[c] Unadjusted hazard ratios are provided. A HR <1 indicates that the result is better in the pemetrexed arm than in the placebo arm.
* PFS by independent review

DRL00050523
Confidential

FDA Proposed Label March 15, 2016

**Table 14: Maintenance Therapy Following Platinum-Based Induction Therapy: Efficacy in NSCLC by Histologic Subgroups[a]**

| | Overall Survival | | Progression-Free Survival[b] | |
|---|---|---|---|---|
| | Pemetrexed | Placebo | Pemetrexed | Placebo |
| | Median (months) | Median (months) | Median (months) | Median (months) |
| | HR[c] (95% CI) | | HR[c] (95% CI) | |
| **Nonsquamous NSCLC[d]** | 15.5 | 10.3 | 4.4 | 1.8 |
| **N=481** | 0.70 (0.56 to 0.88) | | 0.47 (0.37 to 0.60) | |
| Adenocarcinoma | 16.8 | 11.5 | 4.6 | 2.7 |
| N=328 | 0.73 (0.56 to 0.96) | | 0.51 (0.38 to 0.68) | |
| Large cell carcinoma | 8.4 | 7.9 | 4.5 | 1.5 |
| N=20 | 0.98 (0.36 to 2.65) | | 0.40 (0.12 to 1.29) | |
| Other[e] | 11.3 | 7.7 | 4.1 | 1.6 |
| N=133 | 0.61 (0.40 to 0.94) | | 0.44 (0.28 to 0.68) | |
| **Squamous cell** | 9.9 | 10.8 | 2.4 | 2.5 |
| **N=182** | 1.07 (0.77 to 1.50) | | 1.03 (0.71 to 1.49) | |

[a] PFS and OS were calculated from time of randomization, after completion of 4 cycles of induction platinum-based chemotherapy. All results unadjusted for multiple comparisons.

[b] Values for PFS are given based on independent review (pemetrexed N=387, Placebo N=194).

[c] Unadjusted hazard ratios are provided. A HR <1 indicates that the result is better in the pemetrexed arm than in the placebo arm. A HR >1 indicates that the result is better in the placebo arm than in the pemetrexed arm.

[d] Includes patients with adenocarcinoma, large cell carcinoma, and other histology.

[e] The subgroup of "Other" represents patients with a primary diagnosis of NSCLC whose disease did not clearly qualify as adenocarcinoma, large cell carcinoma, or squamous cell carcinoma.

**Figure 3: Kaplan-Meier Curve for Overall Survival Pemetrexed (P) versus Placebo (Pl) in NSCLC -ITT Population.**



26

FDA Proposed Label March 15, 2016

**Figure 4: Kaplan-Meier Curves for Overall Survival Pemetrexed versus Placebo for Nonsquamous NSCLC and Squamous Cell NSCLC**



<u>Continuation of Pemetrexed as Maintenance Following Pemetrexed Plus Platinum Induction Therapy</u>

A multicenter, randomized, double-blind, placebo-controlled study was conducted to evaluate continuation of pemetrexed in patients with locally advanced or metastatic nonsquamous NSCLC. Patients completing induction treatment of four cycles of pemetrexed plus cisplatin with stable disease or better and PS 0 or 1 were randomized (2:1) to maintenance treatment with pemetrexed or placebo. Randomization was stratified by response to induction [complete response (CR)/partial response (PR) versus stable disease (SD)], disease stage (locally advanced versus metastatic), and ECOG PS (0 versus 1). Pemetrexed was administered by intravenous infusion over 10 minutes at a dose of 500 mg/m$^2$ on Day 1 of each 21-day cycle and continued until disease progression. Patients in both study arms received folic acid, vitamin B$_{12}$, and dexamethasone *[see Dosage and Administration (2.3)]*. The major efficacy outcome measure was investigator-assessed PFS.

A total of 539 patients were randomized; all completed four cycles of pemetrexed and cisplatin induction prior to randomization. Of the randomized patients, 44% versus 42% achieved a complete or partial response to induction therapy, and 53% versus 53% had stable disease after induction treatment in the pemetrexed or the placebo arms respectively.
Patient demographics are summarized in Table15.

DRL00050525
Confidential

FDA Proposed Label March 15, 2016

**Table 15: Patient Demographics and Disease Characteristics for Pemetrexed as Maintenance Therapy Following Pemetrexed Plus Cisplatin Induction Therapy in Nonsquamous NSCLC**

| Patient characteristic | Pemetrexed (N=359) | Placebo (N=180) |
|---|---|---|
| **Age (yrs)** | | |
| Median | 61 | 62.4 |
| Range | 31.9 to 78.7 | 34.9 to 83.3 |
| **Gender (%)** | | |
| Male | 201 (56%) | 112 (62%) |
| Female | 158 (44%) | 68 (38%) |
| **Ethnicity (%)** | | |
| White | 339 (94%) | 171 (95%) |
| Asian | 16 (4.5%) | 8 (4.4%) |
| Black or African American | 4 (1.1%) | 1 (0.6%) |
| **Stage at Entry** | | |
| IIIb | 31 (9%) | 18 (10%) |
| IV | 328 (91%) | 162 (90%) |
| **Histology (%)** | | |
| Nonsquamous NSCLC[a] | | |
| Adenocarcinoma | 310 (86%) | 161 (89%) |
| Large cell | 24 (7%) | 12 (7%) |
| Other[b] | 25 (7%) | 7 (3.9%) |
| **ECOG PS (%)** | | |
| 0 | 113 (32%) | 60 (33%) |
| 1 | 245 (68%) | 118 (66%) |
| **Smoking History[c]** | | |
| Ever | 274 (76%) | 144 (80%) |
| Never smoker | 83 (23%) | 34 (19%) |

[a] NSCLC other than predominantly squamous cell histology (squamous cell and/or mixed small cell, non-small cell histology) were not permitted on this study.
[b] "Other" represents patients with a primary diagnosis of NSCLC whose disease did not clearly qualify as adenocarcinoma or large-cell carcinoma.
[c] Smoking history was not reported for all randomized patients.

Patients received a median of four cycles of pemetrexed maintenance or placebo. The percentages of patients that received post-study treatment were similar (64% in the pemetrexed arm and 72% in the placebo arm).

A statistically significant improvement in OS was demonstrated for patients randomized to pemetrexed maintenance compared to placebo as summarized in Table 16 and Figure 5.

DRL00050526
Confidential

FDA Proposed Label March 15, 2016

**Table 16: Pemetrexed Maintenance Therapy Following Pemetrexed Plus Cisplatin Induction Therapy: Efficacy of Pemetrexed versus Placebo in Nonsquamous NSCLC**

| Efficacy Parameter[a] | Pemetrexed (N=359) | Placebo (N=180) |
|---|---|---|
| Median overall survival[c] (95% CI), months | 13.9 (12.8 to 16) | 11 (10 to 12.5) |
| Hazard ratio (HR)[c] (95% CI) | 0.78 (0.64 to 0.96) | |
| p-value | p=0.02 | |
| Median progression-free survival (95% CI), months[b] | 4.1 (3.2 to 4.6) | 2.8 (2.6 to 3.1) |
| Hazard ratio (HR)[c] (95% CI) | 0.62 (0.49 to 0.79) | |
| p-value | p<0.0001 | |

[a] PFS and OS were calculated from time of randomization, after completion of 4 cycles of pemetrexed plus cisplatin induction therapy.

[b] Values for PFS given based on investigator assessment.

[c] A hazard ratio of less than 1 indicates that the maintenance treatment with pemetrexed is associated with lower risk of progression or death compared to treatment with placebo.

**Figure 5: Kaplan-Meier Curves for Overall Survival Pemetrexed versus Placebo in Nonsquamous NSCLC Following Pemetrexed Plus Cisplatin Induction Therapy**



| Patients at Risk | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 359 | 333 | 272 | 235 | 200 | 166 | 138 | 105 | 79 | 43 | 15 | 2 | 0 |
| Pl | 180 | 169 | 131 | 103 | 78 | 65 | 49 | 35 | 23 | 12 | 8 | 3 | 0 |

**14.3 NSCLC-After Prior Chemotherapy**

A multicenter, randomized, open-label study was conducted in patients with Stage III or IV NSCLC after prior chemotherapy to compare OS following treatment with pemetrexed versus docetaxel. Pemetrexed was administered as an intravenous infusion over 10 minutes at a dose of 500 mg/m$^2$ and docetaxel was administered at 75 mg/m$^2$ as a 1-hour intravenous infusion. Both drugs were given on Day 1 of each 21-day cycle. All patients treated with pemetrexed received vitamin supplementation with folic acid and vitamin B$_{12}$. The study was intended to show either an overall survival superiority or non-inferiority of pemetrexed to docetaxel. Patient demographics and disease characteristics are summarized in Table 17.

DRL00050527
Confidential

FDA Proposed Label March 15, 2016

**Table 17: Patient Demographics and Disease Characteristics in NSCLC After Prior Chemotherapy**

| Patient characteristic | Pemetrexed (N=283) | Docetaxel (N=288) |
|---|---|---|
| **Age (yrs)** | | |
| Median (range) | 59 (22 to 81) | 57 (28 to 87) |
| **Gender (%)** | | |
| Male/Female | 68.6/31.4 | 75.3/24.7 |
| **Stage at Entry (%)** | | |
| III/IV | 25.1/74.9 | 25.3/74.7 |
| **Diagnosis/Histology (%)** | | |
| Adenocarcinoma | 154 (54.4) | 142 (49.3) |
| Squamous | 78 (27.6) | 94 (32.6) |
| Bronchoalveolar | 4 (1.4) | 1 (0.3) |
| Other | 47 (16.6) | 51 (17.7) |
| **Performance Status (%)[a]** | | |
| 0 to 1 | 234 (88.6) | 240 (87.6) |
| 2 | 30 (11.4) | 34 (12.4) |

[a]Performance status was not reported for all randomized patients. Percentages are representative of N=264 for the pemetrexed arm and N=274 for the docetaxel arm.

The major efficacy outcome measure in this study was OS. As summarized in Table 18, the study did not show an overall survival superiority of pemetrexed.

**Table 18: Efficacy of Pemetrexed versus Docetaxel in NSCLC After Prior Chemotherapy**

| Efficacy Parameter | Pemetrexed (N=283) | Docetaxel (N=288) |
|---|---|---|
| Median overall survival (95% CI), months | 8.3 (7 to 9.4) | 7.9 (6.3 to 9.2) |
| Hazard ratio (HR) (95% CI) | 0.99 (0.82 to 1.20) | |
| Median progression-free survival (95% CI), months | 2.9 (2.4 to 3.1) | 2.9 (2.7 to 3.4) |
| Hazard ratio (HR) (95% CI) | 0.97 (0.82 to 1.16) | |
| Overall response rate (95% CI) | 8.5% (5.2 to 11.7) | 8.3% (5.1 to 11.5) |

A retrospective analysis of the impact of NSCLC histology on overall survival was examined. Clinically relevant differences in survival according to histology were observed and are summarized in Table 19. This difference in treatment effect for pemetrexed based on histology demonstrating a lack of efficacy in squamous cell histology was also observed in the first-line combination study and in the maintenance study *[see Clinical Studies (14.1, 14.2)]*.

DRL00050528
Confidential

FDA Proposed Label March 15, 2016

**Table 19: Second-Line Therapy: Overall Survival of Pemetrexed versus Docetaxel in NSCLC by Histologic Subgroups**

| Histology Subgroup | Median Overall Survival, months (95% CI) | | Unadjusted Hazard Ratio (HR)[a,b] (95% CI) | Adjusted Hazard Ratio (HR)[a,b,c] (95% CI) |
|---|---|---|---|---|
| | Pemetrexed | Docetaxel | | |
| Nonsquamous NSCLC[d] (n=399) | n=205 9.3 (7.8 to 9.7) | n=194 8 (6.3 to 9.3) | 0.89 (0.71 to 1.13) | 0.78 (0.61 to 1) |
| Adenocarcinoma (n=301) | n=158 9 (7.6 to 9.6) | n=143 9.2 (7.5 to 11.3) | 1.09 (0.83 to 1.44) | 0.92 (0.69 to 1.22) |
| Large Cell (n=47) | n=18 12.8 (5.8 to 14) | n=29 4.5 (2.3 to 9.1) | 0.38 (0.18 to 0.78) | 0.27 (0.11 to 0.63) |
| Other[e] (n=51) | n=29 9.4 (6 to 10.1) | n=22 7.9 (4 to 8.9) | 0.62 (0.32 to 1.23) | 0.57 (0.27 to 1.20) |
| Squamous Cell (n=172) | n=78 6.2 (4.9 to 8) | n=94 7.4 (5.6 to 9.5) | 1.32 (0.93 to 1.86) | 1.56 (1.08 to 2.26) |

[a] HR < 1 indicates that survival is better in pemetrexed arm than in docetaxel arm. Alternatively, a HR han 1 indicates survival is better in docetaxel arm than in pemetrexed arm.
[b] Unadjusted for multiple comparisons.
[c] HRs adjusted for ECOG PS, time since prior chemotherapy, disease stage, and gender.
[d] Includes adenocarcinoma, large cell, and other histologies except those with squamous cell type.
[e] "Other" represents patients with a primary diagnosis of NSCLC whose disease did not clearly qualify as adenocarcinoma, squamous cell carcinoma, or large cell carcinoma.

**14.4 Malignant Pleural Mesothelioma**
A multicenter, randomized, single-blind study in 448 chemo-naïve patients with malignant pleural mesothelioma (MPM) compared overall survival in patients treated with pemetrexed in combination with cisplatin to survival in patients receiving cisplatin alone.

Pemetrexed was administered as an intravenous infusion over 10 minutes at a dose of 500 mg/m$^2$ and cisplatin was administered as an intravenous infusion over 2 hours at a dose of 75 mg/m$^2$ beginning 30 minutes after the end of administration of pemetrexed. Both drugs were given on Day 1 of each 21-day cycle. After 117 patients were treated, neutropenia, leucopenia, thrombocytopenia, febrile neutropenia, leucopenia, thrombocytopenia, febrile neutropenia and gastrointestinal toxicity led to a change in protocol whereby all patients were given folic acid and vitamin B$_{12}$ supplementation.

The primary analysis of this study was performed on the population of all patients randomly assigned to treatment who received study drug (randomized and treated). An analysis was also performed on patients who received folic acid and vitamin B$_{12}$ supplementation during the entire

DRL00050529
Confidential

FDA Proposed Label March 15, 2016

course of study therapy (fully supplemented), as supplementation is recommended *[see Dosage and Administration (2.3)]*.

Patient demographics are shown in Table 20.

**Table 20: Patient Demographics and Disease Characteristics in MPM**

| Patient characteristic | **All Patients** | | **Fully Supplemented Patients** | |
|---|---|---|---|---|
| | Pemetrexed/cis (N=226) | Cisplatin (N=222) | Pemetrexed/cis (N=168) | Cisplatin (N=163) |
| **Age (yrs)** | | | | |
| Median (range) | 61 (29 to 85) | 60 (19 to 84) | 60 (29 to 85) | 60 (19 to 82) |
| **Gender (%)** | | | | |
| Male | 184 (81.4) | 181 (81.5) | 136 (81) | 134 (82.2) |
| Female | 42 (18.6) | 41 (18.5) | 32 (19) | 29 (17.8) |
| **Race and Ethnicity (%)** | | | | |
| White | 204 (90.3) | 206 (92.8) | 150 (89.3) | 153 (93.9) |
| Hispanic or Latino | 11 (4.9) | 12 (5.4) | 10 (6) | 7 (4.3) |
| Asian | 10 (4.4) | 4 (1.9) | 7 (4.2) | 3 (1.8) |
| Black or African American | 1 (0.4) | 0 | 1 (0.6) | 0 |
| **Stage at Entry (%)** | | | | |
| I | 16 (7.1) | 14 (6.3) | 15 (8.9) | 12 (7.4) |
| II | 35 (15.6) | 33 (15) | 27 (16.2) | 27 (16.8) |
| III | 73 (32.4) | 68 (30.6) | 51 (30.5) | 49 (30.4) |
| IV | 101 (44.9) | 105 (47.2) | 74 (44.3) | 73 (45.3) |
| Unspecified | 1 (0.4) | 2 (0.9) | 1 (0.6) | 2 (1.2) |
| **Diagnosis/Histology[a] (%)** | | | | |
| Epithelial | 154 (68.1) | 152 (68.5) | 117 (69.6) | 113 (69.3) |
| Mixed | 37 (16.4) | 36 (16.2) | 25 (14.9) | 25 (15.3) |
| Sarcomatoid | 18 (8) | 25 (11.3) | 14 (8.3) | 17 (10.4) |
| Other | 17 (7.5) | 9 (4.1) | 12 (7.1) | 8 (4.9) |
| **Baseline KPS[b] (%)** | | | | |
| 70 to 80 | 109 (48.2) | 97 (43.7) | 83 (49.4) | 69 (42.3) |
| 90 to 100 | 117 (51.8) | 125 (56.3) | 85 (50.6) | 94 (57.7) |

[a] Only 67% of the patients had the histologic diagnosis of malignant mesothelioma confirmed by independent review.

[b] KPS=Karnofsky Performance Status

As summarized in Table 21 and Figure 6, no difference in overall survival in all patients, regardless of vitamin supplementation status, and those patients receiving vitamin supplementation from the time of enrollment in the trial was demonstrated.

DRL00050530
Confidential

FDA Proposed Label March 15, 2016

**Table 21: Efficacy of Pemetrexed plus Cisplatin versus Cisplatin in Malignant Pleural Mesothelioma**

| Efficacy Parameter | All Patients | | Fully Supplemented Patients | |
|---|---|---|---|---|
| | Pemetrexed/cis (N=226) | Cisplatin (N=222) | Pemetrexed/cis (N=168) | Cisplatin (N=163) |
| Median overall survival, months | 12.1 | 9.3 | 13.3 | 10 |
| (95% CI) | (10 to 14.4) | (7.8 to 10.7) | (11.4 to 14.9) | (8.4 to 11.9) |
| Hazard ratio | 0.77 | | 0.75 | |
| log rank p-value | 0.020 | | 0.051 | |

Similar results were seen in the analysis of patients (N=303) with confirmed histologic diagnosis of malignant pleural mesothelioma. There were too few non-White patients to assess possible ethnic differences. The effect in women (median survival 15.7 months with the combination versus 7.5 months on cisplatin alone), however, was larger than the effect in males (median survival 11 versus 9.4 respectively). As with any exploratory analysis, it is not clear whether this difference is real or is a chance finding.

**Figure 6: Kaplan-Meier Estimates of Survival Time for Pemetrexed plus Cisplatin and Cisplatin Alone in all Randomized and Treated Patients**



Patients who received full supplementation with folic acid and vitamin $B_{12}$ during study therapy received a median of 6 and 4 cycles in the pemetrexed/cisplatin (N=168) and cisplatin (N=163) arms, respectively. Patients who never received folic acid and vitamin $B_{12}$ during study therapy received a median of 2 cycles in both treatment arms (N=32 and N=38 for the pemetrexed/cisplatin and cisplatin arm, respectively). Patients receiving pemetrexed in the fully supplemented group received a relative dose intensity of 93% of the protocol specified pemetrexed dose intensity; patients treated with cisplatin in the same group received 94% of the projected dose intensity. Patients treated with cisplatin alone had a dose intensity of 96%.

33

DRL00050531
Confidential

FDA Proposed Label March 15, 2016

## 15 REFERENCES
1. "OSHA Hazardous Drugs." *OSHA. http://www.osha.gov/SLTC/hazardousdrugs/index.html*

## 16 HOW SUPPLIED/STORAGE AND HANDLING
### 16.1 How Supplied

Pemetrexed is available in sterile single-use vial containing with ivory flip-off cap individually packaged in a carton containing 1 vial:

| | |
|---|---|
| 100 mg pemetrexed | NDC 43598-497-11 |
| 500 mg pemetrexed | NDC 43598-498-11 |

### 16.2 Storage and Handling
Pemetrexed is a cytotoxic drug. Follow applicable special handling and disposal procedures.[1]
Pemetrexed, should be stored at 20°-25°C (68°-77°F); [See USP Controlled Room Temperature.]

Chemical and physical stability of reconstituted and infusion solutions of pemetrexed were demonstrated for up to 24 hours following initial reconstitution, when stored refrigerated, 2-8°C (36-46°F). When prepared as directed, reconstituted and infusion solutions of pemetrexed contain no antimicrobial preservatives. Discard unused portion *[see Dosage and Administration (2.5)]*.

Pemetrexed is not light sensitive.

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

Folic acid and vitamin $B_{12}$ supplementation
Instruct patients on the need for folic acid and vitamin $B_{12}$ supplementation to reduce treatment-related hematologic and gastrointestinal toxicity and of the need for corticosteroids to reduce treatment-related dermatologic toxicity *[see Dosage and Administration (2.3) and Warnings and Precautions (5.1)]*.

Myelosuppression
Inform patients of the risk of low blood cell counts and instruct them to immediately contact their physician for signs of infection, including fever, bleeding or symptoms of anemia *[see Warnings and Precautions (5.2)]*.

Instruct patients to contact their prescriber if persistent vomiting, diarrhea, or signs of dehydration appear.
Instruct patients to contact their prescriber if they develop fever while taking pemetrexed.

DRL00050532
Confidential

FDA Proposed Label March 15, 2016

<u>Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) with Mild to Moderate Renal Insufficiency</u>
Instruct patients to inform their prescriber of all concomitant prescription or over-the-counter medications they are taking, particularly those for pain or inflammation such as non-steroidal anti-inflammatory drugs *[see Drug Interactions (7.1)]*.

<u>Embryo-Fetal Toxicity</u>
Pemetrexed can cause fetal harm if taken during pregnancy. Advise pregnant women of the potential risk to a fetus.

Advise females to inform their prescriber if they become pregnant or if pregnancy is suspected, while taking pemetrexed *[see <u>Warnings and Precautions (5.3)</u> and <u>Use in Specific Populations (8.1)</u>]*.

<u>Females and Males of Reproductive Potential</u>
Advise females of reproductive potential to use effective contraception during treatment with pemetrexed and for 6 weeks after the final dose *[see <u>Use in Specific Populations (8.3)</u>]*.

Advise males to use effective contraception during treatment and for 6 months after the final dose of pemetrexed *[see <u>Use in Specific Populations (8.3)</u>]*.

<u>Lactation</u>
Advise women not to breastfeed during treatment with TAGRISSO and for 2 weeks after the final dose *[see <u>Use in Specific Populations (8.2)</u>]*.


Rx only

Distributor:
**Dr. Reddy's Laboratories Inc.,**
Princeton, NJ 08540
**Made in India**

Ⴤ **DR.REDDY'S**

35

DRL00050533
Confidential

FDA Proposed Label March 15, 2016

## PATIENT INFORMATION
## PEMETREXED (pem-e-TREX-ed)

Read the Patient Information that comes with pemetrexed before you start treatment and each time you get treated with pemetrexed. There may be new information. This leaflet does not take the place of talking to your prescriber about your medical condition or treatment. Talk to your prescriber if you have any questions about pemetrexed.

**What is Pemetrexed?**
Pemetrexed is a treatment for:
- **Malignant pleural mesothelioma.** This cancer affects the inside lining of the chest cavity. Pemetrexed is given with cisplatin, another anti-cancer medicine (chemotherapy).
- **Nonsquamous non-small cell lung cancer** (NSCLC)**.** This cancer is a disease in which malignant (cancer) cells form in the tissues of the lung. If you are having initial treatment for your lung cancer, pemetrexed may be given alone or in combination with another chemotherapy drug. If this is the first time you have been treated for your lung cancer, pemetrexed may be given with another anti-cancer drug called cisplatin. If you have completed initial treatment for your lung cancer, pemetrexed may be given alone immediately following your initial treatment. If you are being treated because your cancer has come back or you had trouble tolerating a prior treatment, pemetrexed may be given alone. Your prescriber will speak to you about whether pemetrexed is appropriate for your specific type of NSCLC.

**To lower your chances of side effects of pemetrexed, you must also take folic acid and vitamin $B_{12}$ prior to and during your treatment with pemetrexed.** Your prescriber will prescribe a medicine called a "corticosteroid" to take for 3 days during your treatment with pemetrexed.

In children, pemetrexed has not been shown to be effective. No important differences in side effects were seen in children compared to adults (see **"What are the possible side effects of pemetrexed?"**).

**What should I tell my prescriber before taking Pemetrexed?**
Tell your prescriber about all of your medical conditions, including if you:
- **are pregnant or planning to become pregnant.** pemetrexed may harm your unborn baby.
- **are breastfeeding.** It is not known if pemetrexed passes into breast milk. You should stop breastfeeding once you start treatment with pemetrexed.
- **are taking other medicines,** including prescription and nonprescription medicines, vitamins, and herbal supplements. Pemetrexed and other medicines may affect each other causing serious side effects. Especially, tell your prescriber if you are taking medicines called "nonsteroidal anti-inflammatory drugs" (NSAIDs) for pain or swelling. There are many NSAID medicines. If you are not sure, ask your prescriber or pharmacist if any of your medicines are NSAIDs.

**How is Pemetrexed given?**
- Pemetrexed is slowly infused (injected) into a vein. The injection or infusion will last about 10 minutes. You will usually receive pemetrexed once every 21 days (3 weeks).

DRL00050534
Confidential

FDA Proposed Label March 15, 2016

- If you are being treated with pemetrexed and cisplatin for the initial treatment of either mesothelioma or NSCLC, pemetrexed will be given first as a 10 minute infusion into your vein and cisplatin (another anti-cancer drug) will also be given through your vein starting about 30 minutes after pemetrexed and ending about 2 hours later.
- If you have completed initial treatment for your NSCLC, you may receive pemetrexed alone, given as a 10 minute infusion into your vein.
- If you are being treated because your NSCLC has returned, you may receive pemetrexed alone, given as a 10 minute infusion into your vein.
- Your prescriber will prescribe a medicine called a "corticosteroid" to take for 3 days during your treatment with pemetrexed.
- **It is very important to take folic acid and vitamin $B_{12}$ during your treatment with pemetrexed to lower your chances of harmful side effects.** You must start taking 400 to 1000 micrograms of folic acid every day for at least 5 days out of the 7 days before your first dose of pemetrexed. You must keep taking folic acid every day during the time you are getting treatment with pemetrexed, and for 21 days after your last treatment. You can get folic acid vitamins over-the-counter. Folic acid is also found in many multivitamin pills. Ask your prescriber or pharmacist for help if you are not sure how to choose a folic acid product. Your prescriber will give you vitamin $B_{12}$ injections while you are getting treatment with pemetrexed. You will get your first vitamin $B_{12}$ injection during the week before your first dose of pemetrexed, and then about every 9 weeks during treatment.
- You will have regular blood tests before and during your treatment with pemetrexed. Your prescriber may adjust your dose of pemetrexed or delay treatment based on the results of your blood tests and on your general condition.

**What should I avoid while taking Pemetrexed?**
- **Women who can become pregnant should not become pregnant during treatment with pemetrexed.** Pemetrexed may harm the unborn baby.
- **Ask your prescriber before taking medicines called NSAIDs.** There are many NSAID medicines. If you are not sure, ask your prescriber or pharmacist if any of your medicines are NSAIDs.

**What are the possible side effects of Pemetrexed?**
Most patients taking pemetrexed will have side effects. Sometimes it is not always possible to tell whether pemetrexed, another medicine, or the cancer itself is causing these side effects. **Call your prescriber right away if you have a fever, chills, diarrhea, or mouth sores.** These symptoms could mean you have an infection which may be severe and could lead to death.

The most common side effects of pemetrexed when given alone or in combination with cisplatin are:
- **Stomach upset, including nausea, vomiting, and diarrhea.** You can obtain medicines to help control some of these symptoms. Call your prescriber if you get any of these symptoms.
- **Low blood cell counts:**
  - **Low red blood cells.** Low red blood cells may make you feel tired, get tired easily, appear pale, and become short of breath.

DRL00050535
Confidential