UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD., and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>    Defendants/Counterclaimants. | Civil Action No. 1:16-cv-308-TWP-MPB |

**PLAINTIFF'S REDACTED APPENDIX (PARTS 1-9 AND 14-16) IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

    Defendants, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), hereby file a redacted version of Plaintiff's Appendix (Parts 1 – 9 and 14-16) in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Noninfringement.

Dated: September 21, 2017

Respectfully submitted,

*/s/ Stephen E. Arthur*
Stephen E. Arthur, Atty. No. 4055-49
Rory O'Bryan, Atty. No. 9707-49
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email: sarthur@harrisonmoberly.com
Email: robryan@harrisonmoberly.com

Jeffery B. Arnold
HOLLAND & KNIGHT LLP
1180 West Peachtree Street
Suite 1800

Atlanta, GA 30309
Tel: (404) 817-8432
Fax: (404) 881-0470
Email: jarnold@hklaw.com

Charles A. Weiss
Merri C. Moken
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York NY 10019
Tel: (212) 513-3383
Fax: (212) 385-9010
Email: charles.weiss@hklaw.com
Email: merri.moken@hklaw.com

*Counsel for Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2017, a copy of the foregoing *Plaintiff's redacted Appendix (Parts 1 – 9 and 14-16) in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Noninfringement* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

**Jan M. Carroll**
**Anne N. DePrez**
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Fax: (317) 231-7433
Email: jan.carroll@btlaw.com
Email: anne.deprez@btlaw.com

**Adam L. Perlman**
**Alec T. Swafford**
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5149
Fax: (202) 434-5029
Email: aperlman@wc.com
Email: aswafford@wc.com

**Bruce Roger Genderson**
**Christopher T. Berg**
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5999
Fax: (202) 434-5029
Email: bgenderson@wc.com
Email: cberg@wc.com

**David M. Krinsky**
**Dov P. Grossman**
**Galina Fomenkova**
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5338
Fax: (202) 434-5029
Email: dkrinsky@wc.com
Email: dgrossman@wc.com
Email: gfomenkova@wc.com

*/s/ Stephen E. Arthur*
Stephen E. Arthur, Atty. No. 4055-49
Rory O'Bryan, Atty. No. 9707-49
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email: sarthur@harrisonmoberly.com
Email: robryan@harrisonmoberly.com

*Counsel for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*