# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

ELI LILLY AND COMPANY,

                Plaintiff,

    v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.,

                Defendants.

No. 1:16-cv-308-TWP-MPB

## AMENDED FINAL JUDGMENT

Plaintiff Eli Lilly and Company ("Lilly"), by counsel, having filed its Motion to Amend Final Judgment, and the Court having considered the Motion now finds that it should be granted. Pursuant to the Court's findings of fact and conclusions of law following the bench trial, final judgment is hereby entered as follows:

1. The filing of NDA No. 208297 infringed at least claims 9, 10, 12, 13, 14, 15, 18, 19, 21, and 22 of U.S. Patent No. 7,772,209.

2. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of any product that is the subject of NDA No. 208297 shall be not earlier than the latest date of expiration of U.S. Patent No. 7,772,209, including any period of pediatric exclusivity.

3. JUDGMENT IS ENTERED in favor of Lilly and against Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

Dated: _____

                                                _____
                                                Judge, United States District Court
                                                Southern District of Indiana

Distribution to all counsel of record via ECF