UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>       Defendants. | No. 1:16-cv-308-TWP-MPB |

## AMENDED FINAL JUDGMENT

Plaintiff Eli Lilly and Company ("Lilly"), by counsel, having filed its Motion to Amend Final Judgment, and the Court having considered the Motion now finds that it should be granted. Pursuant to the Court's findings of fact and conclusions of law following the bench trial, final judgment is hereby entered as follows:

1. The filing of NDA No. 208297 infringed at least claims 9, 10, 12, 13, 14, 15, 18, 19, 21, and 22 of U.S. Patent No. 7,772,209.

2. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of any product that is the subject of NDA No. 208297 shall be not earlier than the latest date of expiration of U.S. Patent No. 7,772,209, including any period of pediatric exclusivity.

3. JUDGMENT IS ENTERED in favor of Lilly and against Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

Date: 7/27/2018

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via ECF